# EXHIBIT 5



**Bank**

America's Most Convenient Bank®

December 2, 2016

Mahmoud Thiam
170 E. End Ave., Apt 16b
New York, NY 10128

**RE: Your TD Bank account(s) ending in: 8407, 1018, 3957, 0400**
**Reference Number: 22903**

Dear Mahmoud Thiam,

We appreciate the importance of keeping you informed when it comes to your banking. Today, we're writing to inform you that we are closing your TD Bank account(s).

## We're closing your TD Bank account(s) on December 12, 2016.

After carefully reviewing our banking relationship with you, we've determined it necessary to close your TD Bank account(s) as of **December 12, 2016**. For information about our right to close accounts at our discretion, please reference your TD Bank Account Agreement.

You may close your account(s) before the close date by presenting this letter at any TD Bank location. At that time, we'll present you with a check for the account balance.

If you do not respond by **December 12, 2016**, we'll close your account(s) and mail a check to the address we have on record for the account.

## Contact third parties on your accounts, as appropriate.

As a reminder, contact any third parties on your account(s), such as those holding outstanding checks or ACH originators. We also recommend not making any check deposits after **December 7th 2016**. We will honor checks written or ACH entries made prior to the close date, as long as there are sufficient funds in your account(s) to cover these transactions. After the close date, we will not process checks presented for payment and we will return ACH entries for credit or debit to your account to the originating bank.

If you have any questions or concerns, please call us at **1-866-312-8327**.

Sincerely,

*Amanda Major*

Amanda Major
Assistant Vice President

Member FDIC  TD Bank, N.A.

888-00606-LG (05-14)



*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, Texas 78245-3214*

**IMPORTANT**
**Notice of Closed Account**

October 03, 2016

Mr. Mahmoud Thiam
170 East End Avenue Apt. 16B
New York, NY 10128-7681

Reference # 162451722218 /SAS/ACCOUNT # XXXXXX4417

Dear Client:

We recently notified you by mail that we were taking action to close your account(s) referenced above. We are writing to confirm that your account(s) is now closed. A check for the balance of your account(s) is enclosed.

**Important reminders about your closed account**

- Any transactions that present against your closed account will be returned to the sender.
- Citibank ATM or debit cards for this account(s) are now cancelled. Please destroy and securely dispose of any cards you may have.
- Please destroy and securely dispose of any account checkbooks.
- You should cancel any direct deposits, automatic payments or any other type of electronic transactions you may have set up for this account.
- You will receive a final bank statement for your records.

**Additional Information for Checking Plus Accounts**
If you have a linked Checking Plus account, the closure of your Checking Account is a term of Default under your Checking Plus agreement. Therefore, in accordance with the terms of your Checking Plus agreement, we also terminated your Checking Plus account and you will no longer be able to borrow from that account nor will it be available to cover overdrafts. If you have an outstanding balance on your Checking Plus Line of Credit, you will continue to receive statements and are expected to continue to make payments in accordance with the terms of your Checking Plus Account Agreement.

**How to Contact Us**
We hope we are clear in explaining your account status. If you have any questions please contact Customer Service at 1-888-248-4226.

©2015 Citibank, N.A. Member FDIC. Citi, Citibank, and Citibank with Arc Design are registered service marks of Citigroup Inc.



Capital One, N.A.  
P.O. Box 85805  
Dept. 35071  
Richmond, VA 23285-5805

800-655-BANK (2265)  
capitalonebank.com

03/03/16

Thiam & Co LLC  
641 Lexington Ave Suite 1309  
New York NY 10022

**Important information about your account being closed**

Your account will be closed on 3/14/16.

Dear Thiam & Co LLC:

Your account ending in 2300 will be closed on 3/14/16. As provided in the Rules Governing Deposit Accounts that you received at account opening, Capital One Bank may close any account in our sole discretion at any time and for any reason.

We'll send you a cashier's check for the balance. Please stop writing checks and cancel any automatic deposits or payments for this account right away.

If you have any questions, please call us at 1-800-655-BANK (2265) or stop by the branch.

Thanks,

Capital One Bank®

Capital One Confidential



Capital One, N.A.  
P.O. Box 85805  
Dept. 35071  
Richmond, VA 23285-5805

800-655-BANK (2265)  
capitalonebank.com

03/03/16

Thiam & Co LLC  
641 Lexington Ave Suite 1309  
New York NY 10022

**Important information about your account being closed**

Your account will be closed on 3/14/16.

Dear Thiam & Co LLC:

Your account ending in 2297 will be closed on 3/14/16. As provided in the Rules Governing Deposit Accounts that you received at account opening, Capital One Bank may close any account in our sole discretion at any time and for any reason.

We'll send you a cashier's check for the balance. Please stop writing checks and cancel any automatic deposits or payments for this account right away.

If you have any questions, please call us at 1-800-655-BANK (2265) or stop by the branch.

Thanks,

Capital One Bank®

Capital One Confidential

September 25, 2014

THIAM & CO., LLC
170 E END AVE APT 16B
NEW YORK, NY  10128

Regarding account number ending in: 5531
Closing balance: 19018.34

Dear , THIAM & CO., LLC:

We are writing to notify you that we have elected to close your account in accordance with the provisions of our Deposit Agreement and Disclosures provided to you at the time your account was opened. Under these terms and conditions, either the bank or the customer may close the account at any time.

Please be advised of the following:
- Because the account is now closed, any checks presented for payment will be returned "Account Closed".
- Your debit card will no longer access the account.
- If your account becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance we may report the account to the following reporting agencies, Chex Systems, Inc., Early Warning Services, LLC, or both. This may adversely impact your ability to open an account at another financial institution for up to seven years.
- We have enclosed a cashier's check for the positive account balance at the time the account was closed.
    o If the account was an interest bearing account, the check includes interest accrued as of the date of closure.

If you have other accounts with us, you may receive a separate letter from us regarding those accounts.

Please call us toll-free at 1.855.241.4049 Monday through Friday from 8 a.m. to 5 p.m. Eastern, if you have any questions regarding this matter.

Sincerely,

Closure Unit
Bank of America

Recycle Paper

Bank of America

September 25, 2014


THIAM & CO., LLC
170 E END AVE APT 16B
NEW YORK, NY   10128


Regarding account number ending in: 5557
Closing balance: 85.00

Dear , THIAM & CO., LLC:

We are writing to notify you that we have elected to close your account in accordance with the provisions of our Deposit Agreement and Disclosures provided to you at the time your account was opened. Under these terms and conditions, either the bank or the customer may close the account at any time.

Please be advised of the following:
- Because the account is now closed, any checks presented for payment will be returned "Account Closed".
- Your debit card will no longer access the account.
- If your account becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance we may report the account to the following reporting agencies, Chex Systems, Inc., Early Warning Services, LLC, or both. This may adversely impact your ability to open an account at another financial institution for up to seven years.
- We have enclosed a cashier's check for the positive account balance at the time the account was closed.
    - If the account was an interest bearing account, the check includes interest accrued as of the date of closure.

If you have other accounts with us, you may receive a separate letter from us regarding those accounts.

Please call us toll-free at 1.855.241.4049 Monday through Friday from 8 a.m. to 5 p.m. Eastern, if you have any questions regarding this matter.

Sincerely,

Closure Unit
Bank of America

Recycle Paper

Bank of America

September 25, 2014

THIAM & CO., LLC
170 E END AVE APT 16B
NEW YORK, NY   10128

Regarding account number ending in: 5544
Closing balance: 4191.88

Dear , THIAM & CO., LLC:

We are writing to notify you that we have elected to close your account in accordance with the provisions of our Deposit Agreement and Disclosures provided to you at the time your account was opened. Under these terms and conditions, either the bank or the customer may close the account at any time.

Please be advised of the following:
- Because the account is now closed, any checks presented for payment will be returned "Account Closed".
- Your debit card will no longer access the account.
- If your account becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance we may report the account to the following reporting agencies, Chex Systems, Inc., Early Warning Services, LLC, or both. This may adversely impact your ability to open an account at another financial institution for up to seven years.
- We have enclosed a cashier's check for the positive account balance at the time the account was closed.
    o If the account was an interest bearing account, the check includes interest accrued as of the date of closure.

If you have other accounts with us, you may receive a separate letter from us regarding those accounts.

Please call us toll-free at 1.855.241.4049 Monday through Friday from 8 a.m. to 5 p.m. Eastern, if you have any questions regarding this matter.

Sincerely,

Closure Unit
Bank of America

Recycle Paper

**Bank of America**

August 25, 2014


MAHMOUD THIAM
FATIM SOW THIAM
170 E END AVE APT 16B
NEW YORK, NY 10128

Re:  Account Number: XXXXXX 3850
     Account Name: MAHMOUD THIAM FATIM SOW THIAM

Dear Customer:

We are writing to advise you that the above referenced savings or checking account will be restricted from all debits and credits in 21 calendar days and closed 30 calendar days from the date of this notice. If the account is a Certificate of Deposit (CD) or other time deposit account, it will be closed at maturity. In accordance with the provisions of our Deposit Agreement and disclosures provided to you at the time your account was opened, either the bank or the customer may close the account at any time.

We are notifying you in advance so that you have an opportunity to make other banking arrangements. If you prefer, you may close your account at any time prior to the restriction date. For CD or Time Deposit accounts early withdrawal penalties may be assessed if closed prior to maturity.

Please be advised of the following:
- We recommend that you make other banking arrangements for the handling of any automatic transactions, electronic transactions, or both in order to help avoid fees.
- Please do not continue to write checks on the account or make additional deposits. Any checks presented for payment after the restriction date will be returned unpaid. Your debit card will no longer access the account once the account is closed.
- If your account is overdrawn or becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following reporting agencies, Chex Systems, Inc., Early Warning Services, LLC, or both. This may adversely impact your ability to open an account at another financial institution for up to seven years.
- We will send you a cashier's check for the account balance once the account is closed; the check will be mailed to the address that we have on file for you.
    - If the account is an interest bearing savings account or other interest bearing account, interest accrued as of the date of closure will be included in the amount of the check.

If you have other accounts with us, you may receive a separate letter from us regarding those accounts.

Please call us toll-free at 1.855.241.4049 Monday through Friday from 8 a.m. to 5 p.m. Eastern, if you have any questions regarding this matter.


Sincerely,

Closure Unit
Bank of America

Recycle Paper

Bank of America



CCS - Client Escalation Unit
100 Citibank Drive
San Antonio, TX 78245-3214

March 18, 2014

Thiam & Co Llc
170 E End Ave Apt 16b
New York, NY 10128

**RE: Notice of account closing - # 140761653398 /JXF/Account # XXXXXX6349**

Dear Client:

As the focus of our business evolves, we periodically review customer accounts and assess the suitability of those relationships. We are writing to inform you that based on a recent review of your relationship with Citibank; we have determined that we can no longer service your account(s).

Based on this decision, please be advised that Citibank is in the process of closing your account(s), XXXXXX6349, under the terms of the *Client Manual - Consumer Account or the Citibusiness Client Manual for Commercial Accounts.*

Please note that, effective on April 16, 2014 your Citibank account(s) is/are restricted from receiving deposits or credits. Please be sure to cancel any automatic or recurring transactions that you may have set up on the above accounts.

As of April 16, 2014, no further transactions of any type will be permitted and we shall regard your account(s) as closed. We suggest that you provide instructions to transfer your funds to another institution prior to this account closing date. If funds remain in your account after this date, and we have determined that no additional returned items against the remaining balance are expected, Citibank will issue you an official check for that balance or balances.

If you require further assistance, please visit your branch or contact Customer Service at 1-877-888-7016. The branch or Customer Service representative will be able to provide instructions to transfer or withdraw your funds from the account(s) or to assist with requesting additional information for you.

Thank you for your prompt cooperation with this request. We sincerely regret any inconvenience you may experience as a result of our closing of your account(s).

*Debbie Gabor*
Debbie Gabor
Personal and Business Banking Product, Sr. Group Mgr.

The Citibank Service Center provides client account services for Citibank, N.A.



*CCS - Client Escalation Unit*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*

March 18, 2014

Thiam & Co Llc
170 E End Ave Apt 16b
New York, NY 10128

**RE: Notice of account closing - # 140761653188 /JXF/Account # XXXXXX9276**

Dear Client:

As the focus of our business evolves, we periodically review customer accounts and assess the suitability of those relationships. We are writing to inform you that based on a recent review of your relationship with Citibank; we have determined that we can no longer service your account(s).

Based on this decision, please be advised that Citibank is in the process of closing your account(s), XXXXXX9276, under the terms of the *Client Manual - Consumer Account or the Citibusiness Client Manual for Commercial Accounts.*

Please note that, effective on April 16, 2014 your Citibank account(s) is/are restricted from receiving deposits or credits. Please be sure to cancel any automatic or recurring transactions that you may have set up on the above accounts.

As of April 16, 2014, no further transactions of any type will be permitted and we shall regard your account(s) as closed. We suggest that you provide instructions to transfer your funds to another institution prior to this account closing date. If funds remain in your account after this date, and we have determined that no additional returned items against the remaining balance are expected, Citibank will issue you an official check for that balance or balances.

If you require further assistance, please visit your branch or contact Customer Service at 1-877-888-7016. The branch or Customer Service representative will be able to provide instructions to transfer or withdraw your funds from the account(s) or to assist with requesting additional information for you.

Thank you for your prompt cooperation with this request. We sincerely regret any inconvenience you may experience as a result of our closing of your account(s).

*Debbie Gabor*
Debbie Gabor
Personal and Business Banking Product, Sr. Group Mgr.

The Citibank Service Center provides client account services for Citibank, N.A.



CCS - Client Escalation Unit
100 Citibank Drive
San Antonio, TX 78245-3214

March 18, 2014

Mahmoud Thiam
Fatim Sow Thiam
170 East End Ave Apt 16b
New York, NY 10128

RE: Notice of account closing - # 140761652568 /JXF/Account # XXXXXX3857

Dear Client:

As the focus of our business evolves, we periodically review customer accounts and assess the suitability of those relationships. We are writing to inform you that based on a recent review of your relationship with Citibank; we have determined that we can no longer service your account(s).

Based on this decision, please be advised that Citibank is in the process of closing your account(s), XXXXXX3857, under the terms of the *Client Manual - Consumer Account or the Citibusiness Client Manual for Commercial Accounts.*

Please note that, effective on April 16, 2014 your Citibank account(s) is/are restricted from receiving deposits or credits. Please be sure to cancel any automatic or recurring transactions that you may have set up on the above accounts.

As of April 16, 2014, no further transactions of any type will be permitted and we shall regard your account(s) as closed. We suggest that you provide instructions to transfer your funds to another institution prior to this account closing date. If funds remain in your account after this date, and we have determined that no additional returned items against the remaining balance are expected, Citibank will issue you an official check for that balance or balances.

If you require further assistance, please visit your branch or contact Customer Service at 1-877-888-7016. The branch or Customer Service representative will be able to provide instructions to transfer or withdraw your funds from the account(s) or to assist with requesting additional information for you.

Thank you for your prompt cooperation with this request. We sincerely regret any inconvenience you may experience as a result of our closing of your account(s).

*Debbie Gabor*
Debbie Gabor
Personal and Business Banking Product, Sr. Group Mgr.

The Citibank Service Center provides client account services for Citibank, N.A.