# EXHIBIT 6



## Dutchess County Clerk Recording Page

Record & Return To :

THOMAS C MCGREGOR ESQ PC
2345 ROUTE 52
STE 2D
Hopewell Junction, NY 12533

Date Recorded : 10/29/2012
Time Recorded : 4:34:00

Document # : 02 2012 4993

Received From :   ELECTRONIC LAND SERVS

Grantor : SOCIEDAD SABOEIRA DE NACALA LDA
Grantee : AMER HOLDINGS PTE LTD

Recorded In : Deed
Instrument Type : T/STANFORD & T/WASHINGTON

Tax District : Other

Examined and Charged As Follows :

| | | |
|---|---|---|
| Recording Charge : | $195.00 | Number of Pages : 5 |
| Transfer Tax Amount : | $0.00 | |
| Transfer Tax Number : | #1359 | *** Do Not Detach This Page |
| Red Hook Transfer Tax : | | *** This Is Not A Bill |
| E & A Form: Y | | |
| TP-584 : Y | | |

County Clerk By : ace /
Receipt # : R60000
Batch Record : C92

Bradford Kendall
County Clerk


0220124993



mthom Doc #: 0220124993 Printed Page 1 of 5

3037BT-23282-D
T|St  5,p
65
/a 5
5
195

# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS
## (INDIVIDUAL OR CORPORATION)

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

THIS INDENTURE, made the 11th day of May, 2012 between Sociedad Saboeira de Nacala, Lda., having an address at 340 East 64th Street, New York, New York 10065 party of the first part, and,

Amer Holdings PTE, Ltd., having an address at 340 East 64th Street, New York NY 10065 _____ party of the second part,

WITNESSETH, that the party of the first part, in consideration of TEN and 00/100------------------- ($10.00)-------------- dollars, lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever, all that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Stanford and Town of Washington, County of Dutchess, State of New York and further described on Schedule "A" attached hereto and made a part hereof.
*AND T/o Washington

BEING AND INTENDED TO BE the same premises conveyed by Antonio Gebauer, as successor trustee of the Louise Bell Reinhardt Trust under the Will of James Ford Bell dated November 14th, 1958 and Sociedade Saboeira de Nacala, Lda, by deed dated November 13, 2010 and recorded in the Dutchess County Clerk's Office on November 19, 2010 in Document Number 02-2010-6049.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Sociedade Saboeira de Nacala, Lda

By: _Fatim Thiam_
Its: Member / FATIM THIAM

* This conveyance has been made with the unanimous consent, in writing, of all of the stockholders of the party of the first part.

mthom Doc #: 0220124993 Printed Page 2 of 5

NYSBA PRACTICE FORMS 3/98                                    RE067.16
626894.1                                                        -1-

Harry J. Bly LS
(1935-2008)

PO Box 629
3272 Franklin Ave.
Millbrook, NY 12545



**BLY & HOUSTON LLP**

LAND SURVEYORS, PLANNERS

Brian Houston LS

Tel (845) 677-5619
Fax (845) 677-6117
E-mail blyandhouston@aol.com

SURVEY DESCRIPTION PREPARED FOR

SOCIEDAD SABOEIRA DE NACALA, LDA

Town of Stanford, Washington

Dutchess County, New York

BEGINNING at a point at the westerly side of Duell Road, said point being the southeasterly corner of the herein described parcel and being the northeasterly corner of Millbrook Winery Inc., described in Document 02-1997-9922; thence along lands of Millbrook Winery Inc., following stone wall, N 85 deg 38' 40" W 185.12 feet, S 86 deg 14' 40" W 31.76 feet, N 83 deg 04' 50" W 215.98 feet to a steel pin found, N 83 deg 41' 30" W 210.61 feet, following the trace remains of wire fence, N 80 deg 00' 50" W 274.13 feet to an iron pipe found; thence continuing along lands of Millbrook Winery Inc. and along lands of Artur Walther, described in Document 02-2003-6063, on a line of no physical bounds, N 05 deg 39' 30" E 690.48 feet and following on a line of no physical bounds and the remains of stone wall, N 07 deg 28' E 185.00 feet to an intersection of stone walls; thence along lands of Aaron Davenport and Adrianne Davenport, described in Document 02-2008-7258, following stone wall, S 76 deg 22' E 68.10 feet, S 72 deg 14' E 66.10 feet, S 79 deg 21' E 183.50 feet to an intersection of stone walls, N 12 deg 29' E 194.00 feet, N 19 deg 01' E 163.10 feet, N 16 deg E 65.89 feet, following on a line of no physical bounds and the remains of

RE: SOCIEDAD SABOEIRA DE NACANA, LDA						Page 2

stone wall, S 81 deg 43' E 658.76 feet, following remains of stone wall, S 78 deg 19' E 90.60 feet and, S 83 deg 16' E 190.81 feet to a point at the westerly side of Duell Road; thence along the same, S 05 deg 40' 10" W 222.39 feet, S 09 deg 14' 50" W 87.13 feet, S 16 deg 47' 00" W 151.84 feet, S 30 deg 08' 40" W 261.75 feet, S 35 deg 23' 50" W 100.25 feet, S 33 deg 21' 20" W 288.08 feet, S 35 deg 45' 10" W 139.87 feet and, S 21 deg 15' 20" W 70.31 feet to the point or place of beginning.

CONTAINING 31.08 ACRES of land.

SUBJECT to covenants, easements, restrictions, conditions and agreements of record.

BEING and intended to be all that certain tract or parcel of land as described in a Confirmation Deed dated December 6, 2007 between South Dakota Trust Company LLC and South Dakota Trust Company LLC, recorded at the Dutchess County Clerk's Office in Document 02-2008-2000.

November 5, 2010.

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF Dutchess       )

On the 11th day of May in the year 2012, before me, the undersigned, personally appeared Fatun Thiam, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

Town of ~~Washington,~~ Stanford
County of Dutchess
Section: 6767
Block:   00
Lots:    .787294 and 775230
Street Address: 771 Duell Road

THOMAS C. McGREGOR
Notary Public, State of New York
Reg. # 02MC6040231
Qualified in Dutchess County
Commission Expires April 17, 20__

RECORD AND RETURN TO:

Thomas C. McGregor Esq., P.C.
2345 Route 52
Suite 2D
Hopewell Junction, NY 12533