# EXHIBIT 8

**From:** Eric Wei <ewei@weillp.com>
**Date:** November 11, 2016 at 1:51:00 PM EST
**To:** Mahmoud Thiam <mthiam@thiamandco.com>
**Subject: Re: Update**

Dear Mr. Thiam:

I need you to make payment of some amount immediately. Please guide yourself accordingly. Thank you.

Very truly yours,

Eric S. Wei
Partner |
Wei Group LLP
One World Trade Center, Ste 8500
New York, New York 100
07-0103
T 212-248-0808 | F
212-248-0475


On Wed, Nov 9, 2016 at 7:53 AM, Mahmoud Thiam <mthiam@thiamandco.com> wrote:
> Dear Mr Wei
>
> I wanted to update you on
> MY progress. The personal bridge loan I requested was not yet confirmed. They now promise to update me at 6pm local. It's now 4:45pm. I should hear from them as I land in Doha as I Am now In flight.
>
> In Doha I have a meeting with another business associate I hope to request a loan from in case this one does not matérialise.
>
> The payment I expect is held up because the person authorized to pay has been delayed in Europe on a family emergency. He expects to be back by Friday. I would then be paid on Sunday or Monday.
>
> I would then issue a wire for $300k to you and a second Wire for the balance owed if any or an advance of future rent if I am caught up.
>
> Mahmoud Thiam

1

CEO
Thiam&Co
641 Lexington Avenue
Suite 1309
New York, NY 10022
Tel: +1 347 522 1150

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any matters addressed herein.

Visit our website at www.wei-law.com