# EXHIBIT 9



# THE DALTON SCHOOL
108 East 89th Street, New York, N.Y. 10128-1599
212-423-5440  212-423-5442

**IMPORTANT NOTE:**
1ST SEMESTER: DUE BY JULY 1ST
2ND SEMESTER: DUE BY JANUARY 1ST

| | |
|---|---|
| STATEMENT DATE: | 12/19/16 |
| ACCOUNT NUMBER: | 8731001 |
| TOTAL DUE: | $ 22,383.99 |
| ENCLOSED: | $ _____ |

Mr. Mahmoud Thiam & Mrs. Fatim Thiam
170 East End Avenue
Apt. 16B
New York, NY 10128

**Remit To**
DALTON SCHOOLS, INC.
Attention: Bursar's Office
108 East 89th Street
New York, NY 10128-1599

**BILLING FOR:** Zeinab Thara Thiam

*Please detach and return top portion with your payment.*

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| 05/10/16 | FAMILY PA DUES 16-17 | $ 100.00 | | $ 100.00 |
| 05/10/16 | 1ST SEM. TUITION H.S. 16-17 | $ 22,320.00 | | $ 4,763.99 |
| 07/18/16 | Payment Applied (Check #1-4-2016) | | $ 56.01 | |
| 10/31/16 | Payment Applied (Check #4127000305FC) | | $ 8,500.00 | |
| 11/28/16 | Payment Applied (Check #Wire) | | $ 9,000.00 | |
| 07/15/16 | LATE CHARGE 15-16 | $ 200.00 | | $ 200.00 |
| 10/14/16 | 2ND SEM. TUITION H.S. 16-17 | $ 22,320.00 | | $ 17,320.00 |
| 10/14/16 | CONTRACT DEPOSITS 16-17 | | $ 5,000.00 | |

| PRIOR BALANCE | CHARGES | PYMTS/CREDITS | TOTAL DUE |
|---|---|---|---|
| $ 31,383.99 | $ 0.00 | $ 9,000.00 | $ 22,383.99 |

**STATEMENT DATE:** 12/19/16
**ACCOUNT NUMBER:** 8731001
**STUDENT NAME:** Zeinab Thara Thiam



# THE DALTON SCHOOL
108 East 89th Street, New York, N.Y. 10128-1599
212-423-5440  212-423-5442

**IMPORTANT NOTE:**
1ST SEMESTER: DUE BY JULY 1ST
2ND SEMESTER: DUE BY JANUARY 1ST

**STATEMENT DATE:** 12/19/16
**ACCOUNT NUMBER:** 8731002
**TOTAL DUE:** $ 22,283.99
**ENCLOSED:** $ _____

Mr. Mahmoud Thiam & Mrs. Fatim Thiam
170 East End Avenue
Apt. 16B
New York, NY 10128

**Remit To**
DALTON SCHOOLS, INC.
Attention: Bursar's Office
108 East 89th Street
New York, NY 10128-1599

**BILLING FOR:** Iman Dina Thiam

*Please detach and return top portion with your payment.*

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| 05/10/16 | 1ST SEM. TUITION M.S. 16-17 | $ 22,320.00 | | $ 4,763.99 |
| 07/18/16 | Payment Applied (Check #1-4-2016) | | $ 56.01 | |
| 10/31/16 | Payment Applied (Check #4127000305FC) | | $ 8,500.00 | |
| 11/28/16 | Payment Applied (Check #Wire) | | $ 9,000.00 | |
| 07/15/16 | LATE CHARGE 15-16 | $ 200.00 | | $ 200.00 |
| 10/14/16 | 2ND SEM. TUITION M.S. 16-17 | $ 22,320.00 | | $ 17,320.00 |
| 10/14/16 | CONTRACT DEPOSITS 16-17 | | $ 5,000.00 | |

| PRIOR BALANCE | CHARGES | PYMTS/CREDITS | TOTAL DUE |
|---|---|---|---|
| $ 31,283.99 | $ 0.00 | $ 9,000.00 | $ 22,283.99 |

**STATEMENT DATE:** 12/19/16
**ACCOUNT NUMBER:** 8731002
**STUDENT NAME:** Iman Dina Thiam

**HORACE MANN SCHOOL**
231 West 246th Street
Bronx, New York 10471

Mr. & Mrs. Mahmoud Thiam
170 East End Avenue, #16B
New York, NY 10128

STATEMENT DATE:   11/01/16

ACCOUNT NUMBER:   0128061

TOTAL DUE:   $40,536.60

ENCLOSED: $ _____

BILLING FOR:   Maryam Zahra Thiam ( Grade 11 )

*Please detach and return top portion with your payment.*

| DATE | REF. | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
|  |  | BEGINNING BALANCE | $30,715.86 |  |
| 10/31/16 | AR023808 | Tuition: Gr 11 | $9,360.00 |  |
| 11/01/16 |  | Late Charge | $460.74 |  |

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | TOTAL DUE |
|---|---|---|---|---|---|
| $9,820.74 | $453.93 | $447.22 | $440.61 | $29,374.10 | $40,536.60 |

STATEMENT DATE:   11/01/16      Payment is due on or before December 1, 2016.
                                 Thank you for your cooperation.
ACCOUNT NUMBER:   0128061

**Please make check payable to:**
**HORACE MANN SCHOOL**

**From:** Tom Kelly <Tom_Kelly@horacemann.org>
**Date:** January 11, 2017 at 2:21:04 PM EST
**To:** <fthiam@saheliahome.com>
**Cc:** <Galina_Rutoiz@horacemann.org>
**Subject: Re: Important Update**

Hi, Fatim,

I see we are scheduled to meet tomorrow morning at 11:00 am. Given the nature of the complaint (and our experience with similar complaints) it is highly likely that we are going to be asked by law enforcement to freeze all past, current and future payments, unless we can prove that the funds being used are unequivocally not associated with the current issue. As such, that puts us in quite an awkward position. Please be prepared to discuss the possibility of us needing to recoup two years of tuition and the possible sources of those funds.

Does Zahra know what's going on? I'm worried about her, too, and want to make sure we are supporting her to the best of our abilities. She's a terrific young lady.

Looking forward to seeing you tomorrow,

Tom

Thomas Kelly, Ph.D.
Head of School
Horace Mann School
(718) 432-3862
tom_kelly@horacemann.org
www.horacemann.org

Fatim Thiam <fthiam@saheliahome.com> writes:
Galina,
Unfortunately, I did not receive your emails nor calls after January 4th when I sent you an email.
I am still working on finding a solution. I wrote to you on January 4 with a pledge, but did not hear back from you whether this was acceptable or not. Please let me know if you received it and what your answer is. My phone number is 917 834 1222.
Best regards,

1

[Image]

From: Galina Rutoiz [mailto:Galina_Rutoiz@horacemann.org]
Sent: Wednesday, January 11, 2017 11:56 AM
To: Fatim Thiam <fthiam@saheliahome.com>
Cc: Tom Kelly <Tom_Kelly@horacemann.org>
Subject: Re: Important Update

Mrs. Thiam,

I sent you an email on Monday and have left several voice mail messages and I still have not heard back from you.

While I understand you have an emergency situation that you are dealing with, your financial obligations to Horace Mann needs to be tended to immediately.
It is extremely important for you to get back to me by the end of today, Wednesday, January 11th, to inform us on how you intend to proceed to ensure Maryam's enrollment with Horace Mann.

Thank you,
Galina
Galina Rutoiz writes:
Hi Ms. Thiam,

Hope you are doing well. I am emailing you to schedule a meeting this week with Dr. Kelly and myself to discuss the delinquent tuition account.

Dr. Kelly is available on Wednesday at 1:30 or on Thursday between 11:00 and 12:00. Please tell me what time works best for you.

Thank you,
Galina
Fatim Thiam <[ mailto:fthiam@saheliahome.com ]fthiam@saheliahome.com> writes:
Dear Ms. Rutoiz,

After we spoke today I realized that you may not have been informed that we, as a family, are going through an unusually stressful situation. On December 13th, my husband was arrested on false accusations and all our efforts have been focused on getting him released. You have been promised payment multiple times before, but this latest unfortunate development is throwing a wrench in our plans to make good on that promise. I am working on obtaining payment on several contracts due to him and am

2

planning to use that to close the tuition backlog. In the meantime, the stock collateral offer is the best I can do while I am working on resolving this.
Thank you for your understanding.

Fatim Thiam