# EXHIBIT 10

| Form **433-D** (Rev. January 2012) | Department of the Treasury — Internal Revenue Service |
|---|---|
| | **Installment Agreement** *(See Instructions on the back of this page)* |

| Name and address of taxpayer(s) | Social security or employer identification number |
|---|---|
| MAAHMOUD & FATIM SOW THIAM | *(Taxpayer)* 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   *(Spouse)* |
| 170 EAST END AVE APT 16B | Your telephone numbers *(including area code)* *(Home)*   *(Work, cell or business)* |
| NEW YORK, NY 10128 | For assistance, call: 1-800-829-0115 *(Business)*, or 1-800-829-8374 *(Individual – Self-Employed/Business Owners)*, or 1-800-829-0922 *(Individuals – Wage Earners)* |
| ☐ Submit a new Form W-4 to your employer to increase your withholding. | Or write: PO Box 480, Stop 660, Holtsville, NY 11742-0480 *(City, State, and ZIP Code)* |

Employer *(Name, address, and telephone number)*

Financial Institution *(Name and address)*

| Kinds of taxes (Form numbers) | Tax periods | Amount owed as of 12/31/2014 |
|---|---|---|
| 1040 | 12/2006, 12/2007, 12/2008, 12/2009, 12/2010 | $ 8,015,747.11 |

I / We agree to pay the federal taxes shown above, PLUS PENALTIES AND INTEREST PROVIDED BY LAW, as follows:

$ **$12,895.00** on **10/15/2014** and $ **$12,895.00** on the **15TH** of each month thereafter

I / We also agree to increase or decrease the above installment payment as follows:

| Date of increase (or decrease) | Amount of increase (or decrease) | New installment payment amount |
|---|---|---|
| 10/15/2015 | $41,227.00 | $54,122.00 |
| | | |

The terms of this agreement are provided on the back of this page. Please review them thoroughly.

☐ Please initial this box after you've reviewed all terms and any additional conditions.

| Additional Conditions / Terms *(To be completed by IRS)* | Note: Internal Revenue Service employees may contact third parties in order to process and maintain this agreement. |
|---|---|

DIRECT DEBIT—Attach a voided check or complete this part only if you choose to make payments by direct debit. Read the instructions on the back of this page.

a. Routing number: ☐☐☐☐☐☐☐☐☐
b. Account number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

I authorize the U.S. Treasury and its designated Financial Agent to initiate a monthly ACH debit *(electronic withdrawal)* entry to the financial institution account indicated for payments of my Federal taxes owed, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke payment, I must contact the U.S. Treasury Financial Agent at the applicable toll free number listed above no later than 14 business days prior to the payment *(settlement)* date. I also authorize the financial institutions involved in the processing of the electronic payments of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payments.

| Your signature *[signed]* | Title (if Corporate Officer or Partner) | Date **Sept 17, 2014** |
|---|---|---|
| Spouse's signature *(if a joint liability)* *[signed]* | | Date **Sept 17, 2014** |
| Agreement examined or approved by *(Signature, title, function)* *[signed]* | | Date **9/30/2014** |

**FOR IRS USE ONLY**

AGREEMENT LOCATOR NUMBER: 0 2 8 0
Check the appropriate boxes:
- ☐ RSI "1" no further review
- ☐ RSI "5" PPIA IMF 2 year review
- ☐ RSI "6" PPIA BMF 2 year review
- ☒ AI "0" Not a PPIA
- ☐ AI "1" Field Asset PPIA
- ☐ AI "2" All other PPIAs

Agreement Review Cycle: ___ ___ ___ ___   Earliest CSED: 04/24/2017
☐ Check box if pre-assessed modules included
Originator's ID #: 209984   Originator Code: FE-02-23-☐
Name: Marilyn Matthews   Title: Settlement Officer

A NOTICE OF FEDERAL TAX LIEN *(Check one box below.)*
- ☒ HAS ALREADY BEEN FILED
- ☐ WILL BE FILED IMMEDIATELY
- ☐ WILL BE FILED WHEN TAX IS ASSESSED
- ☐ MAY BE FILED IF THIS AGREEMENT DEFAULTS

Part 1— IRS Copy   Catalog No. 16644M   www.irs.gov   Form **433-D** (Rev. 1-2012)

 **IRS** Department of the Treasury
Internal Revenue Service
Holtsville, NY  11742



Notice Number: CP- 89
Notice Date: Sep. 1, 2016
Taxpayer Identification Number:
xxx-xx-7107

If you have any questions,
please call us at:
**1-800-829-8374**

173359.538865.45620.28165 1 AT 0.399L-699



MAHMOUD THIAM
%T JOSHUA WU
CAPLIN & DRYSDALE CHTD
1 THOMAS CIR NW STE 1100
WASHINGTON            DC 20005-5812

173359

# THIS IS NOT A BILL

## Annual Installment Agreement Statement
### THIS IS FOR YOUR INFORMATION

This is your Annual Installment Agreement Statement. This two-part statement shows the installment-agreement activity from July 13, 2015 to July 11, 2016 for each tax period included in your agreement.

I. The **Payment Detail** page shows the payments received and where they have been applied.

- Your payments are listed by date received to assist you as you review your records. The payments are also totaled at the end of the detail, for your convenience.

- Your payments have been applied according to the terms of your agreement and in accordance with the law. For each tax year, your payments are applied first to tax, then penalty, then interest, and other charges.

II. The **Installment Agreement Activity** page shows each tax period for which you owed tax.

- The Beginning Balance is calculated as of July 13, 2015, or the date you entered a tax period into an installment agreement, if it was later. The beginning balance of each tax period includes the unpaid tax, penalty, and interest as of this calculation date.

- The Total Interest, Total Penalty and Other Charges are the amounts added during this period. Other Charges are items such as fees, refunds or adjustments.

If you'd like to pay the full amount you owe, please call us at 1-800-829-8374 so we may give you a current payoff figure. Your future statements will be mailed to you annually, for as long as you have installment agreement activity.

As always, we appreciate your timely payments.

CP- 89 (10-2007)

# Penalty and Interest

The Penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

### Paying Late - IRC section 6651 (a) (2)

We charge penalty when your tax isn't paid on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of month you didn't pay your tax.

### Interest - IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, late paying, over or understating valuations, and substantially understating the tax you owe.

## Payment Detail
### for July 13, 2015 to July 11, 2016

| Payment Date | Applied Amount | Applied to Tax Form | Tax Period |
|---|---|---|---|
| 07/21/2015 | $ 12,895.00- | 1040 | 12/31/2006 |
| 08/21/2015 | $ 12,895.00- | 1040 | 12/31/2006 |
| 09/23/2015 | $ 12,895.00- | 1040 | 12/31/2006 |
| 11/19/2015 | $ 12,895.00- | 1040 | 12/31/2006 |
| 11/19/2015 | $ 12,895.00- | 1040 | 12/31/2006 |
| 12/14/2015 | $ 12,895.00- | 1040 | 12/31/2011 |
| 01/12/2016 | $ 12,895.00- | 1040 | 12/31/2011 |
| 02/22/2016 | $ 12,895.00- | 1040 | 12/31/2006 |
| 03/25/2016 | $ 12,895.00- | 1040 | 12/31/2006 |
| 04/24/2016 | $ 12,895.00- | 1040 | 12/31/2011 |
| Total Payments | $ 128,950.00- | | |



173359

- Payments received after June 27, 2016 may not appear on this statement, but will be shown on your next annual statement.

- If you think we missed giving you credit for a payment, please call 1-800-829-8374 and we will be glad to resolve any discrepancies.

MAHMOUD THIAM
xxx-xx-7107

89



173359

## Installment Agreement Activity
for July 13, 2015 to July 11, 2016

| Tax Period | Form Number | Beginning Balance | Total Payments Received | Total Penalty Added | Total Interest Added | Other Charges Added | Ending Balance |
|---|---|---|---|---|---|---|---|
| 12/31/2006 | 1040 | $ 908,418.24 | $ 90,265.00- | $ 0.00 | $ 23,246.53 | $ | $ 841,399.77 |
| 12/31/2007 | 1040 | $ 615,471.00 | $ 0.00 | $ 0.00 | $ 17,243.21 | $ | $ 632,714.21 |
| 12/31/2008 | 1040 | $ 530,369.35 | $ 0.00 | $ 0.00 | $ 14,731.82 | $ | $ 545,101.17 |
| 12/31/2009 | 1040 | $ 2,275,766.06 | $ 0.00 | $ 13.74 | $ 63,277.10 | $ | $ 2,339,056.90 |
| 12/31/2010 | 1040 | $ 2,910,592.41 | $ 0.00 | $ 0.00 | $ 81,896.94 | $ | $ 2,992,489.35 |
| 12/31/2011 | 1040 | $ 755,373.71 | $ 38,685.00- | $ 0.00 | $ 20,587.30 | $ | $ 737,276.01 |
| | Total | $ 7,995,990.77 | $ 128,950.00- | $ 13.74 | $ 220,982.90 | $ | $ 8,088,037.41 |

For information on your penalty and interest computations, you may call 1-800-829-8374  .