# EXHIBIT 11



**New York State Department of Taxation and Finance**

Date: 05/16/16

## Consolidated Statement of Tax Liabilities

If you have any questions, please call
(518) 457-5434

E-037066032-4
THIAM-MAHMOUD

This is a statement of your tax liabilities, including the liability(ies) referred to in the enclosed notice. Amounts calculated to 05/16/16.

Each liability listed below is identified by an Assessment ID. Use the enclosed Payment Document to make payment on these liabilities.

Recent adjustments, credits or payments may not be included on this Statement. Also, a payment may have been applied to multiple assessments.

This Consolidated Statement summarizes your tax liabilities with New York State under this account. If you have ever used more than one taxpayer identification number for tax reporting purposes, you may owe additional New York State tax liabilities.

NOTE: To view the current balance of any unpaid tax bills, access our Web site at www.tax.ny.gov/online.

THE FOLLOWING LIABILITIES ARE SUBJECT TO COLLECTION ACTION AND THE ACCRUAL OF ADDITIONAL PENALTY AND/OR INTEREST. To avoid such collection action and additional accruals, they must be paid immediately.

| Tax Type | Assessment ID | Tax Period Ended | Tax Amount Assessed | (+) Interest Amount Assessed | (+) Penalty Amount Assessed | (-) Assessment Payments/ Credits | (=) Current Balance Due |
|---|---|---|---|---|---|---|---|
| INCOME | L-037066032-6 | 12/31/10 | 739,950.00 | 212,296.92 | 137,285.71 | 554,643.96 | 534,888.67 |
| INCOME | L-042017791-9 | 12/31/11 | 0.00 | 1,202.24 | 9,569.65 | 0.00 | 10,771.89 |
| INCOME | L-038906834-8 | 12/31/11 | 212,659.00 | 98,664.42 | 99,949.51 | 0.00 | 411,272.93 |
| | | | | | | TOTAL $ | 956,933.49 |

DTF-967 (7/11)

Keep this statement for your records.



**New York State Department of Taxation and Finance**

E-037066032-4
THIAM - MAHMOUD
170 E END AVE APT 16B
NEW YORK  NY 10128-7681

## Payment Document

If name or address shown is incorrect or has changed, enter correct information and return this **entire** payment document.

_____
_____
_____
_____

Instructions - Use the coupon below to pay your outstanding liability(ies)
- Mark an **X** in the appropriate box(es) and enter the amount to be applied and the payment amount enclosed in the spaces provided.
- If you entered a name or address change above, return this **entire** payment document; **otherwise**, detach the coupon below and return it with your payment.

DTF-968.11 (8/13)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- ☐ Payment for **Case ID**: E-037066032-4

- ☐ Payment for other outstanding liabilities; enter
  **Taxpayer ID:** _____

Make your check or money order payable to *Commissioner of Taxation and Finance*. Include your Taxpayer ID number on your payment

If you prefer to pay by credit card or directly from your bank account, visit our Web site at *www.tax.ny.gov* and select *Make a payment*.

| For office use only |
|---|
| Form track number  • |
| Amount received    • |
| Payment effect/rec'd dates • |

**Amount to be applied**
$ _____

$ _____

| Enter amount enclosed ► | $ |

Mail to the address below
▼

NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON NY 13902-4127

DTF-968.11 (8/13)

E0370660324       0000000000000