UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :
                                      :         17-cr-0047-DLC
        v.                            :
                                      :
MAHMOUD THIAM,                        :
                                      :
        Defendant.                    :
                                      :
------------------------------------- X

## DECLARATION OF PAUL E. SUMMIT IN FURTHER SUPPORT OF MAHMOUD THIAM'S MOTION FOR PRETRIAL RELEASE

Paul E. Summit, pursuant to 28 U.S.C. § 1746, declares:

1. I am a member of the New York State Bar, admitted to practice to this Court, and a partner at Sullivan & Worcester LLP, attorneys for the defendant Mahmoud Thiam in this case.

2. I submit this declaration in further support of Mr. Thiam's motion for a set of reasonable bail conditions leading to his pretrial release from custody.

3. Attached as Exhibit 12 is a true and correct copy of the Power of Attorney dated September 6, 2010.

4. Attached as Exhibit 13 is a true and correct copy of the Power of Attorney dated November 8, 2010.

5. Attached as Exhibit 14 is a true and correct copy of the current Statement of County/Town Taxes for 771 Duell Road, Stanford, New York.

6. Attached as Exhibit 15 is a true and correct copy of the October 17, 2016 letter from M/S Maximus Group DMCC to Mohamed Ali Rashed Alabbar.

7. Attached as Exhibit 16 is a true and correct copy of the Notice of Petition dated December 29, 2016.

-2-

8. Attached as Exhibit 17 is a true and accurate copy of the Petition for Nonpayment dated December 29, 2016.

Dated: New York, New York
January 30, 2017                                /s/ Paul E Summit
                                                Paul E Summit