POWER OF ATTORNEY

SOCIEDADE SABOEIRA DE NACALA, LDA, a company duly incorporated according to the laws of the Republic of Mozambique, with head offices at Zona Industrial 1, Nacala, Mocambque, represented here jointly by Mr. Momade Rafique Rajahussen Gulamo, born in Mozambican Island, Mozambique, of Mozambican nationality, Single, resident at Nacala Cidade Alta opposite Heroes Monument, Nacala, Mozambique, and Mr. Momade Arif Rajahussen Gulamo, born in Mozambique, of Mozambican nationality, Single, resident at Nacala, Cidade Alta opposite Heroes Monument, Nacala, Mozambique, grant jointly to:------------- --------------------------------
Mrs. Fatim Sow Thiam, born in Dakar, Senegal, of US nationality, resident at No 340 East 64th Street # 14H, New York, NY 10065, USA; and to Mr. Mahmoud Thiam, born in Conakry, Guinea, of US nationality, resident at no 340 East 64th Street #14H, New York, NY 10065, USA; All necessary powers to represent and act for SOCIEDADE SABOEIRA DE NACALA LDA in the purchase, on behalf of said Grantor, of a property in Unionvale, New York, USA, for a price not exceeding USD 5.000.000,00, executing and signing all the acts and documents for said purpose.------------------------------------------

Nacala, on 6th day of September of 2010

*[Signature]* Momade Arif Rajahussen Gulamo, Retro de
da Sociedade Saboeira de Nacala, Limitada é sócio
06/09/10
1611

*[Signature]* Momade Rafique Rajahussen Gulamo, Retro de
da Sociedade Saboeira de Nacala, Limitada é sócio
06/09/10
1611