**IN PERSON PAYMENT**

Stanford Town Hall
26 Town Hall Road
Stanfordville, NY

**MAKE CHECKS PAYABLE TO:**
Tax Collector
PO Box 436
26 Town Hall Road
Stanfordville, NY 12581
(845) 868-1366

Amer Holdings PTE Ltd
c/o Thomas McGregor, Esq.
2345 Route 52  Suite 2-D
Hopewell Jct., NY 12533

## STATEMENT OF COUNTY/TOWN TAXES
## TOWN OF STANFORD

| Page No. | Roll Sect. | SWIS Code | Bill No. | Sequence No. |
|---|---|---|---|---|
| 1 of 1 | 1 | 135200 | 34 | 27 |
| Fiscal Year | | Warrant Dated | Bank Code | Account No. |
| 1/1/2017 to 12/31/2017 | | 12/15/2016 | | 17787294 |

**Estimated State Aid**

CNTY 73,926,162     TOWN 150,000

### FOR YOUR INFORMATION

*Last day to pay without penalty: February 28, 2017. After this date see Payment Schedule.*

### SEE REVERSE SIDE FOR MORE INFORMATION

### PROPERTY IDENTIFICATION

| | |
|---|---|
| PARCEL ID | 135200-6767-00-787294-0000 |
| LOCATION | 771 Duell Rd |
| ACREAGE | 30.02 |
| SCHOOL | Millbrook CSD |
| PROPERTY CLASS | 250 - Estate |

The assessor estimates the **Full Market Value** of this property as of July 1, 2015 was: 2,427,900
The **Total Assessed Value** of this property is: 1,437,306
The **Uniform Percentage of Value** used to establish assessments was: 59.20

For an explanation of the grievance process, please contact the local assessor and ask for the booklet entitled 'Contesting Your Assessment'. This booklet is also available from the Dutchess County Real Property Tax Service Agency or the NYS Office of Real Property Tax Services website at http://www.tax.ny.gov/pdf/publications/orpts/grievancebooklet.pdf. Please note that the period for filing complaints on the above assessment has passed.

| Exemption | Value | Tax Purpose | Full Value Estimate | Exemption | Value | Tax Purpose | Full Value Estimate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### PROPERTY TAXES

| Taxing Purpose | Total Levy | % Change in Levy from Prior Year * | Taxable Assessed Value or Units | Rates per $1000 or per Units | Tax Amounts |
|---|---|---|---|---|---|
| County Tax | 106,383,900 | 0.3 | 1437,306.00 | 6.040038 | 8,681.38 |
| Town Tax | 1,115,558 | -8.6 | 1437,306.00 | 2.601516 | 3,739.17 |
| Stanford Library | 142,976 | 0.3 | 1437,306.00 | .333424 | 479.23 |
| Stanford Fire | 403,433 | 0.4 | 1437,306.00 | .860642 | 1,237.01 |
| Ret 2016 School Tax | | | 0.000 | | 38,911.60 |

* This is the percent of increase or decrease of the current year's tax levy over the previous year's tax levy. This does not represent the total percent of your tax increase or decrease. The tax levy is the total amount to be raised by property taxes.

Taxes from one or more prior levies remained due and owing when this statement of taxes was prepared. Contact the County Commissioner of Finance at 845-486-2025 for amount in arrears and payment information. Continued failure to pay all taxes levied against this tax parcel will result in loss of the property.

### PENALTY SCHEDULE

| If Paid Between | Amount | Penalty/Interest | Total Due |
|---|---|---|---|
| Today - 2/28/2017 | $53,048.39 | $0.00 | $53,048.39 |
| 3/01/2017 - 3/31/2017 | $53,048.39 | $1,060.97 | $54,109.36 |
| 4/01/2017 - 4/30/2017 | $53,048.39 | $1,591.45 | $54,639.84 |

**PAY THIS AMOUNT:** $53,048.39
**By:** 2/28/2017
*After this date see penalty schedule at left*

Taxes paid by _____ CA CH

RECEIVER'S STUB MUST BE RETURNED WITH PAYMENT. INCLUDE YOUR PHONE NUMBER ON YOUR CHECK. FOR A RECEIPT OF PAYMENT, PLACE A CHECK MARK IN THIS BOX [ ] AND RETURN THE ENTIRE BILL WITH PAYMENT.

## TOWN OF STANFORD
## RECEIVER'S STUB

Town of: Stanford
School: Millbrook CSD
Property Address: 771 Duell Rd

Amer Holdings PTE Ltd
c/o Thomas McGregor, Esq.
2345 Route 52  Suite 2-D
Hopewell Jct., NY 12533

### PENALTY SCHEDULE

| Pay By | Total Due |
|---|---|
| 2/28/2017 | $53,048.39 |
| 3/31/2017 | $54,109.36 |
| 4/30/2017 | $54,639.84 |

Bill No. 34
135200    6767-00-787294-0000
Bank Code

**TOTAL TAXES DUE**

$53,048.39
** Prior Taxes Due **