# *Maximus Group DMCC*

17th October 2016

Mr. Mohamed Ali Rashed Alabbar, Director
Address: E-519 Souk Al Bahar
Downtown Dubai
Dubai, United Arab Emirates

Dear Mr. Alabbar,

Subject: Call for Special General Meeting of AFRICA MIDDLE EAST RESOURCES DMCC

We, **Maximus Group DMCC**, being the shareholder of forty five (45%) percent of the capital of AFRICA MIDDLE EAST RESOURCES DMCC, a company organized and existing under the laws of Dubai Multi Commodities Centre ("**DMCC**"), Dubai, UAE having its registered office at Unit No. Almas-BC-222, Almas Business Centre DMCC, Level No. 2, Almas Tower, Plot No. LT-2, Jumeriah Lakes Towers, Dubai, UAE and holding license number 31529 (the "**Company**"), request that a meeting of the shareholders of the Company be called by the directors of the Company in accordance with Article 17 of the Articles of Association of the Company dated 13 December 2010 as amended and Article 46.1 of the DMCC Company Regulations to deliberate the below agenda and sign the relevant resolutions:

Agenda for the meeting:

1. Dissolution of the Company due to the depletion of all or most of the assets of the Company making beneficial investment of the remainder of the assets, if any, impracticable; and

2. To appoint a liquidator to assist in the dissolution of the Company.

Accordingly, we hereby request that the directors of the Company convene a meeting of the shareholders of the Company with the required notice period to deliberate the agenda set out above.

Best regards,

*[signature]*

**M/S Maximus Group DMCC**
Represented by: Mr. Mohamed Ali Rashed Alabbar

*Copy to:*

1. Ms. Low Ping, Director
   Eagle Hills
   11th Floor, Capital Gate Tower
   ADNEC
   Al Khaleej Al Arabi (30th Street)
   PO Box 34888
   Abu Dhabi, UAE

# Maximus Group DMCC

2. Mr. Momade Aquil Rajahussen, Director
   c/o John Miles
   JMiles & Co
   PO Box 1612 (00606) Sarit Centre
   Nairobi, Kenya

3. Ms. Nazia Cassamali, Director
   c/o John Miles
   JMiles & Co
   PO Box 1612 (00606) Sarit Centre
   Nairobi, Kenya

4. Africa Middle East Resources DMCC
   Unit No. Almas-BC-222
   Almas Business Centre DMCC
   Level No. 2, Almas Tower
   Plot No. LT-2, Jumeriah Lakes Towers
   Dubai, UAE

5. Almara Group Limited
   c/o John Miles
   JMiles & Co
   PO Box 1612 (00606) Sarit Centre
   Nairobi, Kenya

6. Alaryam Holding Pte. Limited
   Blk 633, Jurong West Street 65
   #10-310
   Singapore 640633