CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------ X
HELEN LITTLE &
WILLIAM E. LITTLE, JR.,

        PETITIONERS-LANDLORDS,
        Petitioners-Landlords,

        -against-

FATIM THIAM &
MAHMOUD THIAM

        RESPONDENTS-TENANTS

------------------------------------------------------------------ X

**NOTICE OF PETITION**

Index No: 17N052096

L&T:

PETITIONER'S COUNSEL'S ADDRESS:

WEI LAW GROUP LLP
ONE WORLD TRADE CENTER, STE 8500
NEW YORK, NY 10007
ATTN: ERIC S. WEI, ESQ.

HON.

Mr. Mahmoud Thiam
Mrs. Fatim Thiam
170 East End Avenue, Apt 16B
New York, NY 10128

      To the respondents above-named and described, in possession of the premises described herein or claiming possession thereof:

      **PLEASE TAKE NOTICE** that the attached petition of HELEN LITTLE & WILLIAM E. LITTLE, JR., verified on December 29, 2016, prays for a final judgment of eviction, awarding petitioner possession of the leased premises described as follows:

           Apartment 16B on the 16th floor consisting of 6 rooms, in premises known as and located at 170 East End Avenue, County of New York in the City of New York as demanded in the petition. Along with Apartment Studio 09 consisting of one room and located at 170 East End Avenue, County of New York in the City of New York as demanded in the petition.

      **TAKE FURTHER NOTICE**, that the petition also demands judgment against you for the sum of One Hundred Sixty-Eight Thousand Eight Hundred and Sixty dollars ($168,860) for rent due, plus interest thereon from December 29, 2016.

**TAKE FURTHER NOTICE** that within five (5) days after service of this Notice of Petition upon you, you must answer the petition, either orally before the clerk of this Court at 111 Centre Street, New York, NY 10013, County of New York, City and State of New York, or in writing by serving a copy thereof upon the undersigned attorney for the petitioner, and by filing the original answer, with proof of service thereof, in the Office of the Clerk. Your answer may set forth any defense or counterclaim you have against the petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties.

On receipt of your answer, the clerk will schedule and provide notice of the date for trial or hearing. The date of the trial or hearing will be at least three (3) days, but not more than eight (8) days, after you answer the petition. You must appear at the scheduled trial or hearing. If judgment is rendered against you after the trial or a hearing, the court may issue a warrant dispossessing you of the property. The court, in its discretion, may stay issuance of the warrant for up to five (5) days from the date of such judgment.

**TAKE FURTHER NOTICE**, that if you fail to raise any defense that you may have at the hearing, you may be precluded from asserting a defense or the claim on which it is based in any other proceeding or action.

**TAKE FURTHER NOTICE**, that if you fail to answer and appear, a final judgment by default will be entered against you. The court may stay issuance of the warrant dispossessing you for up to ten days from the date of service of the judgment.

**TAKE FURTHER NOTICE** that under New York Real Property Actions and Proceedings Law § 745, you may be required by the Court to make a rent deposit with the court or a rent payment to the petitioner for rent or use and occupancy. The Petitioner may make an application for this deposit or payment on the earlier of: 1) your second request for an adjournment; or 2) thirty (30) days after the first court appearance (not counting days of adjournment) if the proceeding is not settled or a final determination has not been made by the court. Sums due for rent or use and occupancy will be required to be deposited or paid within five (5) days of the order. If you fail to comply with an initial rent deposit or payment order, a final judgment may be entered against you without a trial. If you fail to make subsequent required deposits or payments, the court may order an immediate trial on the issues raised in your answer.

Dated:  City of New York, County of New York
        the 29th day of December, 2016

By: _____

ERIC S. WEI, ESQ.
ATTORNEYS FOR PETITIONER
WEI GROUP LLP, ONE WORLD TRADE CENTER, STE 8500
NEW YORK, NY 10007
888-835-0006

_____
Clerk of the Civil Court
of the City of New York