```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                              Docket #17cr47
 UNITED STATES OF AMERICA,              :

                 Plaintiff,             :

   - against -                          :

 MAHMOUD THIAM,                         : New York, New York
                                          January 24, 2017
                 Defendant.             :

----------------------------------------:


                       PROCEEDINGS BEFORE
                 THE HONORABLE JAMES C. FRANCIS,
            UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:        U.S. ATTORNEY'S OFFICE
                          SOUTHERN DISTRICT OF NEW YORK
                          BY:  ELISHA KOBRE, ESQ.
                          One St. Andrew's Plaza
                          New York, New York 10007

For Defendant:            PAUL ELIOT SUMMIT SULLIVAN &
                             WORCESTER LLP
                          BY:  PAUL SUMMIT, ESQ.
                          One Post Office Square
                          Boston, Massachusetts 02109




Transcription Service: Carole Ludwig, Transcription Services
                       141 East Third Street #3E
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Fax:    (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** | **Court** |
|---|---|---|---|---|---|
| None | | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

1

```
                                                                     3
 1
 2              THE CLERK:  U.S. v. Mahmoud Thiam.  Counsel,
 3   please state your name for the record.
 4              MR. ELISHA KOBRE:   Yes, good morning, Your Honor,
 5   Elisha Kobre for the Government.
 6              THE COURT:  Good morning.
 7              MR. PAUL SUMMIT:  Paul Summit for the defendant,
 8   Paul Summit, Sullivan & Worcester.  Good morning, Your
 9   Honor.
10              THE COURT:  Good morning.  This is on for
11   arraignment.
12              MR. KOBRE:   Yes, referred by Judge Cott, yes.
13              MR. SUMMIT:   And appearing for arraignment.
14              THE COURT:   Mr. Summit, have you received a copy
15   of the indictment?
16              MR. SUMMIT:   Yes, indeed.
17              THE COURT:   Have you reviewed it with Mr. Thiam?
18              MR. SUMMIT:   Yes, we have.
19              THE COURT:   Do you waive its public reading?
20              MR. SUMMIT:   Yes, we do.
21              THE COURT:   Mr. Thiam, how do you plead?
22              MR. MAHMOUD THIAM:   Not guilty, Your Honor.
23              THE COURT:   Is there a conference scheduled with
24   Judge Cott?
25              MR. KOBRE:   There is, Your Honor.  It's scheduled
```

```
 1                                                                    4
 2  currently for February 7 at 2 p.m.  When I spoke with Judge
 3  Cott's chambers to get that date, the deputy clerk suggested
 4  that if the Government wished to move to exclude time under
 5  the Speedy Trial Act, that we could do so before Your Honor.
 6  So at this time I would just tell the Court that the
 7  Government is in the process of preparing discovery, intends
 8  to produce substantial amount of discovery by the middle of
 9  next week, and would ask that time be excluded today until
10  February 7, the appearance that was set before Judge Cott
11  under the Speedy Trial Act, to allow time for defense to
12  begin reviewing the discovery and considering any motions.
13              THE COURT:   Is that consented to?
14              MR. SUMMIT:   I'm sorry?
15              THE COURT:   Is that consented to?
16              MR. SUMMIT:   Yes, consented to.
17              THE COURT:   Thank you.  Time is excluded to
18  February 7.  Thank you all.
19              MR. KOBRE:   Thank you, Judge.
20              (Whereupon the matter is adjourned.)
21
22
23
24
25
```

```
 1                                                           5
 2                      C E R T I F I C A T E
 3
 4          I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the United States District
 6   Court, Southern District of New York, United States of
 7   America versus Mahmoud Thiam, Docket #17cr47, was prepared
 8   using PC-based transcription software and is a true and
 9   accurate record of the proceedings.
10
11
12
13
14
15   Signature_____
16
17   Date:   February 7, 2017
18
19
20
21
22
23
24
25
```