UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― x

UNITED STATES OF AMERICA

- v. -

MAHMOUD THIAM,

      Defendant.

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― x

ECF CASE

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION

17 Cr. 047 (DLC)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney for the
                                              Southern District of New York

                                  by:   */s/ Christopher J. DiMase*
                                        Christopher J. DiMase
                                        Assistant United States Attorney
                                        One Saint Andrew's Plaza
                                        New York, NY 10007
                                        Tel: (212) 637-2433
                                        Fax: (212) 637-2429
                                        E-Mail: christopher.dimase@usdoj.gov