1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA

4              v.                          17 CR 47

5   MAHMOUD THIAM,
                                           Bail Application
6                   Defendant.

7   ------------------------------x

8                                          New York, N.Y.
                                           January 30, 2017
9                                          2:35 p.m.

10  Before:

11          HON. VICTOR MARRERO

12                                         District Judge

13

14

15

16

17          APPEARANCES

18

    PREET BHARARA
19       United States Attorney for the
         Southern District of New York
20  ELISHA KOBRE
         Assistant United States Attorney
21

22  PAUL E. SUMMIT
    ANDREW T. SOLOMON
23  CAITLIN FAHEY
         Attorneys for Defendant

24

25

1          (Case called)

2          THE COURT:  Good afternoon.  This is a proceeding in

3    the matter of the United States v. Thiam, docket number 17 Cr.

4    0047.  Counsel please enter your appearances for the report.

5          MR. KOBRE:  Elisha Kobre for the government.  With me

6    at counsel table FBI Special Agents Patrick Kaleen and

7    Stephanie Kruge, and Alexander Baer, who is a paralegal

8    specialist with our office.

9          MR. SUMMIT:  Paul Summit of Sullivan & Wooster, your

10   Honor.  Counsel with me are Andrew Solomon and Caitlin Faehy of

11   Sullivan & Worcester, and of course the defendant, my client,

12   Mahmoud Thiam.

13         THE COURT:  The Court scheduled this proceeding

14   following the application from the defendant for pretrial

15   release.  The Court is sitting on this matter in its capacity

16   as Part I given the absence of the judge to whom this case was

17   assigned, Judge Cote.

18         Mr. Summit, do you wish to address the application, or

19   one of your team members?

20         MR. SUMMIT:  I do, your Honor.  I'm very glad to be in

21   this courtroom today.  I think this case calls out for judicial

22   intervention.

23         Let's begin with a contrast with the case you just

24   heard.  This is not a presumption case.  This is a case where

25   the government bears the burden and has so far woefully fallen

1   down in meeting that burden.  As I will demonstrate, I think,

2   as we go through the evidence that they have proffered in the

3   brief that they filed on Friday, once again they have not come

4   close to their burden in this case.

5        On the day of arrest, which was December 13th, Mr.

6   Thiam was interviewed by pretrial services and there was a

7   brief hearing before Magistrate Judge Francis in which the

8   government made a number of erroneous and very prejudicial

9   statements that led Magistrate Judge Francis to pretrial detain

10  Mr. Thiam.  Mr. Thiam is a U.S. citizen with absolutely no

11  criminal record at all.

12       You now have a brief from the government that is

13  riddled with factual error.  I will point out those factual

14  errors once again.  I want to introduce Mr. Thiam briefly to

15  give your Honor some context.

16       Your Honor, may I have a moment to read this document?

17       THE COURT:  Sure.

18       MR. SUMMIT:  Thank you so much.  Your Honor, I think

19  you and we are looking at the same document, which is a new

20  pretrial services report, recommending pretrial relief.

21       MR. KOBRE:  Your Honor, I'm sorry.  I haven't received

22  a copy of that document.  Actually, I have, your Honor.  I

23  apologize.

24       MR. SUMMIT:  I will return to that document shortly,

25  your Honor.

1          Let me take a moment to introduce Mr. Thiam and his

2    background.  As we set forth in the brief, he had an extremely

3    chaotic, traumatic childhood.  He was born in Guinea.  His

4    father was murdered by the then Guinean government, a dictator

5    named Toure.  He fled with his uncle to Ethiopia.  There was an

6    attempted kidnapping by the Toure government in Ethiopia, and

7    that began a peripatetic childhood in which he traveled without

8    passport on this UN laissez-passer release or something like

9    that, a method of traveling that the UN provides for stateless

10   refugees.

11         He traveled to several African countries, brief

12   periods of time in Togo, a year in France of study, and finally

13   to the United States in 1987, when he was 20 years old.  This

14   has been his only home since then, since he was 20, in 1987.

15   He started in Washington, D.C., learning English, studying at a

16   community college.  He went to Cornell, class of '91, and he

17   graduated.

18         He has lived since then in New York City.  In 1994 he

19   began working for Merrill Lynch as a banker.  He married Fatim,

20   and they have had three children, all born in the United

21   States, all U.S. citizens.  The only home that he and the

22   children and Fatim have known since then is New York City.

23         As I say, in 1994 he began a banking career at Merrill

24   Lynch and eventually at UBS.  Later I will go over the

25   highlights of a declaration of Brian Henderson, a very

 1   distinguished banker and now citizen in the public interest you

 2   might say.  Among other things, he has served on an extremely

 3   important First Department disciplinary committee and review

 4   committee.  He filed a declaration attesting to Mr. Thiam's

 5   character and the fact that in Mr. Henderson's view -- and he

 6   has known Mr. Thiam ever since the mid '90s -- there is

 7   absolutely no indication that he would flee these charges.

 8        In 1994 he began working for Merrill Lynch.  He then

 9   went to UBS.  In 2002 he became a naturalized U.S. citizen.  So

10   did Fatim, his wife.  In late 2008 a new government came to

11   power in Guinea.  Mr. Thiam had had some relationships with

12   people in Guinea through his banking work in New York City.  He

13   specialized in mining and developed relationships in any number

14   of African countries, including Guinea.

15        He was invited to become a minister, the minister of

16   mines of Guinea, and he did so.  He was there from 2009 to

17   2010.  That is the only period of time since he came to this

18   country that he has lived elsewhere.

19        I'm not going to repeat everything in our brief

20   because that would be tedious for the Court and unnecessary.

21   One of the things we did in the brief was set forth the fact

22   that since he came back in very late 2010 or early 2011, there

23   have been numerous signs that governments, several governments,

24   were investigating Mahmoud Thiam, numerous signs -- we listed

25   them all at pages 4 to 5 of our brief -- every time Mahmoud

 1    Thiam would travel for business.

 2         And he traveled extensively after returning to New

 3    York City in 2011.  He did travel extensively internationally

 4    for his business.  That's how he makes his living.  Every time

 5    he'd come back, he would be subjected to secondary questioning

 6    at the border.

 7         Meanwhile, starting in perhaps 2013, something like

 8    that, his checking accounts were being closed one after

 9    another.  A checking account would be closed without

10    explanation by the bank.  He would have to find a new bank,

11    open a new checking account.  He was sued in New York City for

12    alleged fraud, civil RICO, right in this courthouse by Rio

13    Tinto, a giant mining company.  They alleged, falsely, that he

14    had taken a $200 million bribe in Paris from an Israeli.  They

15    alleged that there were ongoing government investigations.

16         He heard about agents of the United States going

17    around the world asking questions about him in Guinea, in

18    Morocco, in Germany, in Switzerland, all over the place asking

19    questions about Mahmoud Thiam.  This is during the period

20    roughly 2013 to the present, to December 13, when he was

21    arrested.  There were newspaper articles, indictments coming in

22    the Ghanaian mining scandal.  We attached one of them to the

23    memorandum.  So the ominous warning signs were unmistakable,

24    unmistakable.

25         And here he is.  I don't know how many times he

1     traveled internationally between 2011 and his arrest.  I have

2     represented him from 2014, and he was on the road a tremendous

3     amount, always coming back to the United States, always

4     traveling in his own name, always traveling on a U.S. passport

5     with one or two exceptions that we referenced in our brief

6     having to do with some very special visa situations.  Always

7     coming back.

8            On December 13, as I say, he was arrested.  He was

9     interviewed by pretrial services.  They recommended his release

10    on very standard conditions.  In a very brief hearing before

11    Magistrate Judge Francis, the government said, repeated, that

12    Mr. Thiam had lied to pretrial services.  We have quoted some

13    of the language that the government used before Magistrate

14    Judge Francis.

15           They said, for example, "I learned from the agent that

16    the defendant controls bank accounts, at least one bank account

17    in Capital One Bank, also not reported in the pretrial services

18    report, and has received hundreds of thousands of dollars in

19    that bank account within the last year or so from an entity

20    known as Extractor Mining, also not reported in the pretrial

21    services report."

22           First of all, as the government has now conceded, that

23    was a mistake, but a tremendously prejudicial mistake.  That's

24    number one.  Number two, Mr. Thiam had told pretrial services

25    candidly that he generated annually in excess of a million

1    dollars of revenue, typically, from his businesses.  So it

2    shouldn't have been surprising that he would have a lot of

3    money in a Capital One account.  But the effect of saying he

4    lied to pretrial and concealed that account and it was for

5    hundreds of thousands of dollars, of course, left Magistrate

6    Judge Francis with the impression that this man was concealing

7    assets.

8         Then the government went on and said, "None of these

9    assets," were reported at pretrial.  "The bank accounts,"

10   plural, "that we are aware of, United States-based bank

11   accounts defendant controls," and they went on from there.

12   They are not just representing that there was an undisclosed

13   Capital One account, they were saying there were multiple U.S.

14   bank accounts not disclosed.

15        It is hardly surprising therefore that Magistrate

16   Judge Francis said, and we quote the language, "Given what Mr.

17   Thiam has told pretrial services and how that contrasts within

18   information that the government has with respect to existing

19   assets and existing income, I'm not prepared to release him."

20   In fairness to Magistrate Judge Francis and the evening session

21   of about 15 minutes, he did say come back with more

22   information.

23        The reality was, and we have attached some of the

24   relevant letters, for several years bank after bank after

25   bank -- Citibank, Bank of America, TD Bank, Capital One --

1   closed him down presumably because of the government

2   investigation.  A bank account was closed, and he would open a

3   new one because he needed to do business.

4        I can represent to the Court that shortly before his

5   arrest in early December, what has been a sort of low-playing

6   theme you might say in the background -- I have represented him

7   since 2014.  I wasn't in charge of his checking accounts, but

8   we would be talking about other matters and he would say, the

9   bank closed me down again, I've got to move from such and such

10  a bank to such and such a bank.  But he is not a complainer and

11  he just went on with his life.

12       In early December things changed.  He said, they are

13  going to drive me completely out of business.  How do I live?

14  I can't open a bank account in the United States.  How do I

15  live?  I can represent to the Court that indeed things did

16  change in early December of 2016.

17       The reason that is significant is that one of the

18  points that the government makes is he expects us to believe

19  that he lives without a U.S. checking account.  And it's crazy.

20  It is incredibly hard to live in the United States, if you're a

21  person of some means and sophistication, without a checking

22  account.  That was the situation in which he existed for a

23  couple of weeks until his arrest.

24       He was asked to disclose assets in the pretrial

25  services interview.  He said he had no U.S. checking accounts.

1    The government has not shown a thing suggesting that that is a

2    lie.  It wasn't a lie.  It was made to look like a lie, but it

3    wasn't a lie.

4            The government has all his records.  On the day of his

5    arrest, December 13th, they did a very broad search and

6    seizure.  They had all his records, his laptop, his electronic

7    stuff, his paper records, everything for about five or six

8    weeks.  This lengthy brief they filed on Friday should reflect

9    all the information.  He's been sitting in MDC Brooklyn.  I've

10   been trying to work with him down there, without records,

11   without papers, using his memory, which thank goodness is

12   usually pretty good.  They have had all his records.

13           I want to begin in terms of looking at what they

14   allege in the big brief they filed on Friday.  I want to begin

15   with the house in Dutchess County.  That did not come up in the

16   hearing before Magistrate Judge Francis.  But in the

17   discussions we had with the government almost immediately after

18   what I thought was a shocking pretrial detention order, it came

19   up.

20           They said he's the real owner of this huge thing up in

21   Dutchess County, this huge estate, and he hid that from

22   pretrial services.  Now they have had the chance to prove it.

23   They say at page 6 of their memorandum, Judge, property and

24   other records show that Thiam is the true owner of the Dutchess

25   County estate.  That's their position.  They say property and

1    other records are going to demonstrate.

2            Let me give you a few words of background on the

3    Dutchess County estate, and then I want to look with you, your

4    Honor, at the records that they contend show that he is the

5    true owner.  In the spring of 2010 he was still the mining

6    minister of Guinea.  He was living in Guinea.  Part of the deal

7    was he got to be with his family from time to time in New York.

8    That summer, the summer of 2010, he spent some time in New York

9    with his family.

10           In the spring of that year 2010, he and an old

11   business partner and then friend, a man named Aquil Rajahussen.

12   He's a Mozambican.  Mahmoud and Aquil started to talk about

13   possibly acquiring property in the United States because Aquil

14   was very interested.  Property values had sunk in the 2008-2009

15   period and Aquil wanted to invest.  And Mahmoud had a kind of a

16   self-interest in this because he and Fatim had rented property

17   up in Dutchess County, they loved it.

18           So he and Aquil made an informal deal, which was

19   Aquil, you buy it, we'll use it, "we" meaning Mahmoud and Fatim

20   will use it, we'll put some money into renovation, you will own

21   it, it will appreciate, everybody will be happy.  Aquil hardly

22   ever came to the United States, if at all.  So they had this

23   kind of informal agreement.

24           You will be hearing more about Aquil in a few moments

25   in another context.  They had many ongoing business

transactions.  Money went back and forth between them in all

kinds of ways.  At one point Mr. Thiam had made a $50,000

charitable contribution to something in the name of Aquil's

father.  They had known each other and they were business

partners and acquaintances.

        That summer of 2010 Mahmoud and Fatim house-hunted in

Dutchess County.  We filed additional exhibits today, and I

apologize for the lateness, your Honor, but we were responding

to what we saw in the Friday submission from the government.

There is a power of attorney, Exhibit No. 12 in our

supplemental declaration.  SSN -- which stands for Sociedade

Saboeira de Nacala, which is Aquil's Mozambican company -- gave

a power of attorney, first to Mahmoud and to Fatim, to

essentially negotiate and house hunt for SSN.  Ultimately, when

they had found the house that they thought was a great buy on

Duell Road, SSN gave Fatim a power of attorney.

        Turning now to the government's exhibits.  Exhibit B

is the transfer from someone named Bell James Ford, the owner

of Duell Road, the original owner, to SSN, Aquil's company.

Fatim signs somewhere in this document.  Actually, maybe she

doesn't have a signature on this one.  Anyway, B is the

original transfer from Bell James Ford to SSN.

        Then C is another of the transaction documents in that

original transfer, and this one is indeed signed by Fatim Thiam

on behalf of SSN because she was the attorney-in-fact.  She had

 1    a power of attorney to do exactly this.

 2            The deal was that Mahmoud and Fatim were going to

 3    assist with finding a house, purchasing a house for SSN, use

 4    the house.  The original deal was paying rent and renovating.

 5    What happened was that the cost of renovation -- I've owned an

 6    old house -- the cost of renovation soared and sort of overtook

 7    the obligation to pay rent at some point.  But that was the

 8    deal.  Mahmoud and Fatim started very openly using the Duell

 9    Road house in Dutchess County

10            As I say, the government has staked out a position

11    that these are the true owners.  One of the smoking guns in

12    their view is Exhibit D.  In fact, what they say on page 12 of

13    the memorandum about Exhibit D is, "Thiam listed himself as

14    owner of record in a building permit application for this

15    property."  That sounds pretty compelling.

16            When you turn to Exhibit D, you discover that it is an

17    application for a building permit filed by a contractor who

18    can't spell Mahmoud and Fatim Thiam.  He lists next to names of

19    owners of record, he lists Mahmand and Fatiam Thiam.  This is a

20    contractor.

21            The application for building permit has some technical

22    stuff about what he is going to do for the renovation and all

23    of that.  It is a contractor responding to his client who has

24    ordered renovations.  And when he, the contractor, is asked who

25    owns this thing, he says, well, I don't know, Mahmand and

1    Fatiam.  This is their proof of true ownership.

2         Then they go on and they attach documents at E and F

3    in which Mahmoud and Fatim created a company called 771 Duell

4    Road LLC, as if this is some kind of damning proof of true

5    ownership.  They had expenses.  They were renovating.  They had

6    a caretaker.  They wanted to segregate their expenses.  And in

7    their own name without the slightest deception or anything else

8    they started an LLC.  It proves nothing about home ownership.

9         Then we move on to Exhibit G.  This will take a little

10   bit more background.  Have to introduce a new person into the

11   story.  There is a man named Mohamed Alabbar.  In certain parts

12   of the world he is quite famous and well known.  He is from the

13   United Arab Emirates.  He is a billionaire.  If you Google him,

14   a huge amount of stuff comes up about him.

15        In 2010 he came to Guinea.  Remember, Mahmoud is still

16   the mining minister in 2010.  In 2010 he came to Guinea with

17   big ideas about mining and about acquiring interests and that

18   sort of thing.  He and Mahmoud and Aquil, the man of SSN, came

19   to know each other.

20        At some point Aquil of SSN, who was the owner of Duell

21   Road -- and there is really absolutely no question, from what

22   we have looked at, that SSN was the owner of Duell Road.  At

23   some point apparently he was.  Aquil had a concern that Duell

24   Road could be taken from him in a completely unrelated

25   arbitration.  It has nothing to do with Mahmoud.  It has

1    nothing to do with anybody.  But that was apparently his

2    concern.  He wanted to transfer the house to Alabbar.  And he

3    did.

4            Exhibit G is the transfer from SSN, Aquil's company,

5    to Amer Holdings PTE Limited, a Singapore company.  The

6    significance of the name Amer Holdings PTE, I will return to

7    that in a moment.  But for the moment let me just say that the

8    government also makes a lot of the second page of Exhibit G.

9    Exhibit G, as I say, the first page is called Dutchess County

10   Clerk recording page, and it is the transfer from SSN of the

11   Duell Road property to Amer Holdings PTE Limited.

12           On the second page, which is the bargain and sale deed

13   that goes along with it, Fatim signs for SSN, as she always

14   has, through the power of attorney.  Nothing exceptional or

15   unusual about that.  What the government refers to repeatedly

16   in their memorandum is that somebody has written beneath her

17   name, where she signed Fatim Thiam, "member."  In other words,

18   she is signing for SSN and someone has written "member" below

19   her name.

20           We don't know who wrote "member."  I have spoken to

21   the lawyer who represented the Thiams in this closing, or I

22   should say Fatim and SSN in the closing.  He identified some of

23   the handwriting on the document as his.  Some of the

24   handwriting was put because the title company insisted upon it.

25   He has a footnote here, "This conveyance has been made with

1   unanimous consent," etc.  He said, the title company asked me

2   to do that, and put that there.  He said, who knows who wrote

3   "member."  It's not Fatim.  Fatim has said it is not her

4   handwriting.  Maybe it's somebody at the title company.  Maybe

5   it's a paralegal in Mr. McGregor's office, the lawyer's office.

6   He has absolutely no recollection.

7          They suggest in their memorandum that that single word

8   "member" is the Rosetta Stone or the Rosebud -- that's the

9   metaphor I'm looking for, it's the Rosebud -- that unlocks the

10   key, that explains everything.  It just doesn't look work that

11   way.  There is absolutely no indication that Mahmoud or Fatim

12   had any interest at all, any equity interest at all in SSN,

13   which owned the house.

14          The government, however, has a couple of more points

15   to make about the ownership.  First the down payment.  The down

16   payment is back in 2010.  It's part of the indictment.  It was

17   part of the complaint and it is part of the indictment.  They

18   say it's illegal use of bribe proceeds.  It's really one of the

19   hearts of their money laundering case.

20          At page 6 of their memorandum that we are looking at

21   today, they say, "In particular, in November 2010 Thiam agreed

22   with an associate," and I think they are referring to Aquil of

23   SSN, that Thiam would wire a $375,000 down payment to a company

24   in Malaysia controlled by the associate in exchange for a wire

25   transfer in the same amount from a company in Mozambique, "the

1    Mozambique company," and I think they are referring to SSN, to

2    the lawyer for the buyer of the Dutchess County estate.

3          In other words, what they are saying is Thiam would

4    send $375,000 to this Malaysia company that was controlled,

5    they said, by Aquil of SSN, and then Aquil of SSN would wire

6    transfer $375,000 to the seller.

7          As I said earlier, Judge, at that time there were a

8    lot of financial transactions between Mahmoud and Aquil.

9    Sitting at the MDC Brooklyn without the benefit of any records

10   or any refreshing of recollection or any context, he has,

11   frankly, no recollection of the 375,000 transfer.  He is not

12   disputing that it happened.  He has no recollection of why it

13   happened.

14         Note here what the government is saying.  The

15   government is saying that SSN controlled this company in

16   Malaysia.  The company that they are referring to is a huge

17   company in Malaysia, Pacific Inter-Link.  The notion that Aquil

18   controlled Pacific Inter-Link, which the government says a

19   couple of times in its memorandum, I would love to see their

20   proof that Aquil Rajahussen controlled Pacific Inter-Link.

21   What they are saying is that Mahmoud paid $375,000 to Pacific

22   Inter-Link at the request of Aquil and then Aquil of SSN wire

23   transferred $375,000 to the seller of the property.

24         As I say, Mahmoud, sitting at MDC Brooklyn, can't put

25   it in context.  But assume that everything they said was

1    correct, putting aside this notion that somehow Aquil

2    controlled this huge company Pacific Inter-Link.  They suggest,

3    by the way, that Pacific Inter-Link, at page 5, facilitated and

4    concealed the purchase of the Dutchess County estate.  As far

5    as I can tell, it is a wild allegation.

6            But for purposes of this argument let's assume that

7    indeed Aquil asked Mahmoud to wire transfer $375,000 to Pacific

8    Inter-Link and then SSN wire transferred $375,000.  That's sort

9    of for the trial.  It's part of the indictment, it's for the

10   trial.

11           But the government says the property is worth, I think

12   they said $3,750,000.  This was $375,000.  They have never

13   shown another dollar, even if you give them every benefit of

14   the doubt in the world, that somehow Mahmoud was paying the

15   down payment, they have never shown another dollar other than

16   renovation.  They have never shown another dollar that went

17   toward the purchase of the house.  How they put the house in

18   his name is still utterly beyond me.

19           The reason this is so significant, Judge, is that, as

20   you have seen in their brief, it is one of the central pieces

21   of this brief that this man is concealing his ownership for

22   some nefarious purpose, maybe because they think he can

23   liquidate the house somehow and flee.  Who knows.  Or it is

24   just part of the general presentation that he is a liar and

25   that he lied to pretrial services.  It's not true.  He is not a

1    liar and he didn't lie to pretrial services.

2           I need to deal with one further very important

3    mistaken allegation that they make?

4           THE COURT:  Mr. Solomon, I would ask you to start

5    summing up because I have another conference coming up.

6           MR. SUMMIT:  Judge, this is hard.

7           THE COURT:  I understand.  But we cannot be here all

8    afternoon.  I never understood it would go this long.

9           MR. SUMMIT:  Judge, I'm sorry, but there is a lot of

10   factual error in this thing that I haven't even touched.

11          THE COURT:  I am not going to allow you the balance of

12   the afternoon.  I have another conference coming up.

13          MR. SUMMIT:  Can we resume perhaps tomorrow or

14   something?

15          THE COURT:  I also have to hear from the government.

16          MR. SUMMIT:  I must get this information to you.

17          THE COURT:  I have the written records.  Sum up what

18   you think are the key points.

19          MR. SUMMIT:  Well, all right.

20          They repeatedly that he got money from the company

21   Amer Holding PTE Limited, the company to which SSN transferred

22   the house.  They are utterly mistaken.  They are confusing two

23   entities.  The tax return that he filed -- with the help, by

24   the way, of the one of the leading tax preparers in the United

25   States, Caplin & Drysdale, and CBIZ, the accountants.

1          In 2010 he disclosed a 25 percent interest in a

2     company called Africa Middle East Resources in Dubai.  That

3     company has paid him money.  The government has utterly

4     confused Amer PTE Holding, which received the house from SSN,

5     from which he has never gotten a dime, and African Middle East

6     Resources from Dubai, which has paid him, for very legitimate

7     reasons.  So the Dutchess County thing absolutely falls apart,

8     your Honor, it absolutely falls apart.

9          Now I will move as quickly as I can, but there is a

10    tremendous amount here.

11         They accuse him of lying to the IRS because in those

12    2009 and 2010 tax returns -- which were reviewed by some of the

13    leading tax preparers in the United States.  Kaplan & Drysdale

14    has great tax lawyers and so does CBIZ have great accountants.

15    He described himself as a private banker.  The profession is

16    called private banker.  Elsewhere he lists the income he had

17    from Guinea as minister of mines.  The government says he was

18    lying to the IRS.

19         We have talked to the CBIZ accountants.  They said

20    this is a software issue, it happens all the time.  Lawyers

21    retire and ten years later the tax return still says lawyer.

22    The CBIZ guy said look, we are numbers people, we don't worry

23    too much about this stuff.  Software kind of puts it forward.

24    In any event, his minister of mining was disclosed as well as

25    the income from Hong Kong was disclosed.

1           Now we have to address the mining companies, which are

2    the other centerpiece of their presentation.  In the interests

3    of time, I will say this.  In 2010 Mahmoud, Aquil Rajahussen,

4    whom you have been introduced to, and Mohamed Alabbar the

5    extraordinary wealthy guy from UA, they began talking about

6    mining, setting up mining companies, getting mining permits,

7    etc.  First it was just Mahmoud and Aquil, and then Alabbar

8    came in.

9           As Mahmoud said to me the other day in prison, it was

10    a dream that we had, it was a wonderful dream that we had in

11    2010, and it didn't work.  It didn't materialize.  In the

12    documents we presented you with today, we have the Amer,

13    African Middle East Resources Dubai Company which become the

14    sort of funder of these mining companies.  They put a lot of

15    money into the mining companies, Amer did.  Nothing worked.

16    Ebola came along in 2014.  Every skilled mining engineer fled

17    the country.

18           I spoke today to John Myles, who is negotiating with

19    Amer.  He is a lawyer in Kenya.  He is negotiating with Amer,

20    African Middle East Resources, the Dubai company, about the

21    wind-down of that company.  Alabbar has completely lost

22    interest.  He says he is $60 million in debt.  There are no

23    buyers for the properties.  He's not putting in another dollar.

24    In the exhibits that we handed up, your Honor, you will find

25    his African Middle East Resources notice to stockholders of

 1    liquidation.  They are liquidating.

 2         We have said from the start of this proceeding that

 3    these companies are valueless.  He wasn't hiding an asset.

 4    When he had his brief interview with pretrial services, he

 5    wasn't hiding an asset.  He disclosed his interest in those

 6    companies in that 2010 tax return.  He has been completely open

 7    and aboveboard about the mining companies.  They are just

 8    worthless.

 9         If the government wants to give him a document that

10    says he divests all interests in the underlying mining

11    companies in African Middle East Resources, in Al Mora, which

12    is another company involved, he will do it.  He has no

13    interest.  This is no asset.

14         I had better move quickly to the passport issue and

15    the citizenship issue.  He is a citizen of three countries.

16         Guinea, which he absolutely cannot step foot in.  He

17    hasn't been back there since 2010.  The present government is

18    extraordinarily hostile to him.  If he was merely arrested and

19    imprisoned for the rest of his life, he would be lucky, if he

20    ever set foot in Guinea again.  So the Guinean passport is

21    irrelevant.  I don't think the government contests that.

22         They make a big deal that he is a French citizen as

23    well.  He became a French citizen through his marriage to Fatim

24    sometime in the early 2000s.  They say France doesn't extradite

25    its own citizens.  Number one, Mr. Thiam will make any

1    statement under oath on the record that he would not assert any

2    extradition privilege if he ever found himself in France, which

3    he is not going to, still facing these charges in the United

4    States.  So he will give any statement, knowing intention

5    waiver of the right to be extradited from France.

6           If that is not enough, and I say this with some

7    reluctance, but if that is not enough, he would renounce his

8    French citizenship.  France, so far as we can gather, if you

9    have alternate citizenship, like United States citizenship, and

10   you don't have deep roots in France, they will let you renounce

11   your French citizenship.  I say reluctantly because he values

12   his French citizenship.  He values citizenship given his

13   chaotic stateless childhood.  But he's got to get out.  He's

14   got to prepare his defense.

15          That brings me to perhaps the final point I want to

16   make quickly.  The children are in good private schools here in

17   New York.  They are constantly on the verge of being thrown out

18   now.  He is deep in default on tuition.  The irony of this

19   whole situation that the government contends, without facts,

20   that he's got hidden resources somewhere.  Meanwhile his

21   children are on the verge of being thrown out of Dalton and

22   Horace Mann.

23          We handed up in the most recent exhibits the eviction

24   proceedings from their apartment in New York.  He owns an

25   apartment in New York, but it is liened up to the hilt by the

1    IRS.  He owes 8 or $9 million to the IRS.

2           So the children are facing being thrown out of school,

3    the family is facing eviction from their house, and he can't

4    earn a dime.  There are business deals that he has in an

5    ongoing fashion that he can't follow through on from MDC

6    Brooklyn that would enable him perhaps to pay off some of these

7    bills, to protect his family, to raise a legal defense fund I

8    might add, and to defend himself.

9           This is a complex white-collar crime case.  Having

10   visited him for a month now in MDC Brooklyn and having tried to

11   work with him on these issues, the handicap is enormous.  And

12   there is no basis, Judge.  I would like to say he is like any

13   other white collar defendant who gets bailed.  In some ways it

14   is more extreme than that.  There is no basis to distinguish

15   it.  People like Bernie Madoff have been bailed, for goodness'

16   sake.

17          In all those years, I will challenge the government

18   right now to articulate a single thing that he ever did in all

19   these years when the government was after him, when all of

20   these warning signs and storm signals were building, I would

21   like to hear one thing that he did in preparation for flight.

22          They say there are government officials who would give

23   him false travel documents.  They say so in their memorandum.

24   I would like them to name those government officials today and

25   say the basis on which they believe that those government

 1    officials are prepared to give him false travel documents and

 2    what he did to encourage that.  I would like to hear that.

 3         This is an extreme case, your Honor, an extreme case.

 4    It really is time for his release under appropriate conditions.

 5    They had a double burden here.  Flight risk, first they had to

 6    prove flight risk.  Then they had to prove that there is no set

 7    of conditions under which we could be assured of his staying.

 8    They haven't met either burden, not remotely close.  The thing

 9    is a terrible miscarriage.

10         I'll sit down.  I had a lot of other things to say.

11    I'll sit down.  Maybe I can supplement.

12         THE COURT:  Mr. Kobre.

13         MR. KOBRE:  Yes, your Honor, I will try to be as brief

14    as possible.  The government has shown well beyond the

15    preponderance of the evidence that there are no conditions such

16    that the government can reasonably be assured that Mr. Thiam

17    will appear in court.

18         Judge Francis, in detaining the defendant on the day

19    of his arrest, ruled so because he found it highly improbable,

20    if not impossible, that an individual with these kinds of

21    resources, reported resources, resources that are documented,

22    at the same time reports that he has no assets whatsoever here

23    in the United States or abroad.  That is exactly what Judge

24    Francis said when he said that he would not release the

25    defendant until there has been a forensic analysis of where the

1    money is.  That's a quote from Judge Francis.

2            Why did he so find?  Very briefly, your Honor, let me

3    give a little bit of background about the offense.  I know your

4    Honor has read the brief, so I'm not going to go into any kind

5    of detail.

6            The defendant, while he was minister of mines in

7    Guinea from 2009 to 2010, received bribes from a Chinese

8    conglomerate in exchange for promoting a deal that basically

9    awarded the Chinese conglomerate nearly total control of

10   Guinea's mining sector.  In order to receive that bribe, the

11   defendant repeatedly engaged in lies and concealment to hide

12   the money, to hide the bribe.

13           Then, to be able to bring the bribe proceeds into the

14   United States, first he lied in connection with opening up the

15   bank account in Hong Kong, where he failed to report that he

16   was at the time a public official in Guinea.  He used a French

17   passport rather than his valid Guinean diplomatic passport or

18   his U.S. passport.  Within weeks of this deal being awarded to

19   the Chinese conglomerate, $3 million was wired into that

20   account, 3 million United States dollars into that account by

21   one of the senior executives in the Chinese conglomerate.

22           Now Thiam needed to get the money into the United

23   States.  So he started wiring money into his JPMorgan Chase

24   agent account here in the United States.  That, together with

25   other unusual wire transactions, led JPMorgan to start a

1   compliance inquiry.  When they did so, they interviewed Mr.

2   Thiam.  He asked him where these wires were coming from.  He

3   said they were coming from this person who he identified as a

4   business partner and that business partner was associated with

5   the Chinese conglomerate.

6           He had an email correspondence, which is recited in

7   the complaint, with that business partner in which he basically

8   ran past the business partner what he was going to tell the

9   bank.  The business partner responded, looks good.  In other

10  words, looks good if you tell the bank this.  As long as they

11  don't dig too deep, we can justify with real transactions.

12  Clearly Thiam was hiding from the bank what had occurred, that

13  these were proceeds of bribes.

14          Shortly thereafter, JPMorgan closed his account.  He

15  then went to another bank, HSBC in New York, opened up a new

16  bank account.  When he did that, they asked him what his

17  employment was.  At that time he was still minister of mines,

18  did not so report; rather, reported that he ran some other

19  private company, also untrue.  Didn't report that.

20          Later on that bank as well did a compliance inquiry.

21  They also asked what was the source of the money from the Hong

22  Kong bank account where he received the bribe proceeds, and he

23  told them it was from, amongst other things, the sale of land

24  in Africa.  Again a total lie.  Lie after lie, concealment

25  after concealment in connection with the underlying money

1   laundering offense to bring the money here in the United

2   States.

3          The real issue that was before Magistrate Judge

4   Francis and why I think Judge Francis detained the defendant

5   was that he simply did not find the defendant credible when he

6   said he doesn't have any foreign or domestic assets.  I want to

7   briefly touch on that.

8          Defendant reported to pretrial that he earns about

9   $1.2 million a year, that he pays rent of $24,000 a month, and

10  that he has tens of thousands of dollars yearly in private

11  school tuition for his children per year.

12         The government recently obtained from one of those

13  private schools, which I have handed up to the Court and I have

14  handed to defense counsel, a wire transfer from a foreign bank

15  account -- and I'll come to that very shortly -- from a bank

16  account controlled by the defendant in Dubai to the school in

17  the amount of $18,000.  What was the date of this wire?  Not a

18  few months ago, your Honor, but on November 28, 2016, just

19  about two weeks before the defendant was arrested.  That's a

20  wire transfer from one of these Dubai's bank accounts to the

21  school.

22         What do we have?  A $1.2 million yearly income.  The

23  defendant admits that he owns a $1½ million apartment.  We have

24  the $3½ million Dutchess County estate, which I'm not going to

25  get into right now just because of limited time.  I think the

1    documents that the government has submitted are quite

2    sufficient to show that Thiam is truly the beneficial owner of

3    that property.

4         In addition, the government has submitted records

5    showing the defendant owns a 50 percent interest in Amara

6    Group.  All we have seen in the defendant's brief until now is

7    that he, the defendant, doesn't regard those companies as

8    having value.  But they were awarded while Thiam was minister

9    of mines.  He awarded to those companies which he himself had

10   an interest in mining licenses, which have a value to them.

11        The government has learned from a source within the

12   Guinean government that in fact mining operations were carried

13   out by those companies or by at least some of those companies

14   between 2010 and 2015, which is consistent, quite frankly, with

15   money that the defendant received from Amara Group, and that is

16   described in our brief, over $300,000, although that was back

17   in 2011.

18        If you want to come more recently, your Honor, the

19   government discovered during the search, and these are exhibits

20   to the government's brief, in November of 2015 two Dubai bank

21   accounts, one in the name of Extractor Mining and another one

22   in the name of Thiam Limited.  I don't have the precise name in

23   front of me right now.

24        There are two bank accounts based in Dubai which each

25   had as of November 2015, so a little more than a year before

1    the defendant was arrested, a little bit over 2 million United

2    Arab Emirates dollars, which is equivalent -- the total balance

3    of those two bank accounts being over a million dollars.

4        In addition, the defendant has admitted in the past,

5    in particularly to the compliance officer who did the

6    compliance inquiry by JPMorgan, that he had at the time

7    numerous business dealings and including bank accounts in

8    Luxembourg, Switzerland, and in Hong Kong as well.  The

9    government has also submitted records showing that the

10   defendant at least as of 2011 had bank accounts in Bahrain.

11       Coming back to the more recent banking records -- I

12   don't have much more, your Honor -- the government has handed

13   up to the Court and also to defense counsel wire transfer

14   records by the construction company that did work on the

15   Dutchess County estate.  Numerous wires from various foreign

16   bank accounts, including those that Thiam controls in Dubai,

17   but other bank accounts.

18       For example, your Honor, in January 2016 a wire for

19   $50,000 from Extractor Mining Limited in Dubai to the

20   contractor for work on the house.  That's a United Arab

21   Emirates bank.  But in March of 2016, less than a year ago, a

22   wire from a company called Blue Water International on March

23   21, 2016, to Sgarbossa Construction, the construction company

24   that Thiam engaged to do work on the Dutchess County estate

25   that he now claims he's just a tenant of, in essence, for

1    $29,975.

2           The wires go on and on.  There is even a larger wire

3    from a different entity in October of 2015 from an entity at

4    Habib American Bank called Build Tech Construction LLC for

5    $103,970, on October 20, 2015.

6           Where these bank accounts are, who controls them?  We

7    don't have information on that, your Honor.  But what doesn't

8    make any sense here and what Judge Francis found is how someone

9    with $1.2 million yearly income, someone who lives in a $24,000

10   a month rental apartment, someone who sends their children to

11   private expensive schools, someone who has in the past had

12   multiple foreign bank accounts, including not all that long

13   ago, someone who owns 12 mining companies and multiple mining

14   ventures, someone who can apparently afford to pay hundreds of

15   thousands of dollars in the not too distant past for

16   construction on a $3.75 million estate has zero assets right

17   now, your Honor.  It just defies logic.  It defies belief.

18          Taking that, your Honor, together with the defendant's

19   extensive history of concealing money, of lying to banks, taken

20   together, quite frankly, with his French citizenship and with

21   his contacts abroad -- your Honor, when we talk about travel

22   abroad, the defendant has done extensive travel, including to

23   places where the government would have little or no recourse to

24   bring him back here, including to France, including to Hong

25   Kong, including to the United Arab Emirates and traveling, as

 1    your Honor has seen in the exhibits, traveling in fair style,

 2    staying in thousand-dollar-a-night hotels.

 3           Your Honor, there are strong reasons to believe here

 4    that the defendant has concealed, is concealing, his assets, is

 5    a substantial risk of flight, and that he needs to be detained.

 6    The government asks that the Court affirm Judge Francis's order

 7    detaining the defendant.

 8           THE COURT:  We have run out of time.  I am going to

 9    adjourn the hearing until an available meeting time tomorrow.

10    Mr. Summit, what might be convenient to you in the morning or

11    afternoon?

12           MR. SUMMIT:  The afternoon would be preferable, your

13    Honor.

14           THE COURT:  Mr. Kobre?

15           MR. KOBRE:  The afternoon is fine, your Honor.  I will

16    make every effort to deal with the United States Marshals.  At

17    this time it might be difficult.  If I can tell the marshals

18    that your Honor has scheduled the hearing for tomorrow

19    afternoon, I assume that will be sufficient to make sure we can

20    get the defendant back here.

21           THE COURT:  All right.  2 o'clock, is that suitable?

22           MR. SUMMIT:  That's perfect.

23           MR. KOBRE:  Yes, your Honor.

24           THE COURT:  Thank you.

25           (Adjourned to 2:p.m., December 31, 2017)