United States ...ney's Office
One Saint Andrews Plaza

NON GOVERNMENT VISITORS' LOG

Date: DEC 1 3 2016   Day: TUESDAY

Sheet Number: 1 of 3

| Box # | Time In | Print Name | Visitor's Signature | Identification | Purpose of Visit | Person Visiting |
|---|---|---|---|---|---|---|
| | N15 | Andrew Solomon | [signature] | Atty ID | [redacted] | [redacted] |

053517