```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    17cr047 (DLC)
UNITED STATES OF AMERICA,                :
                                         :    SCHEDULING ORDER
            -v-                          :
                                         :
MAHMOUD THIAM,                           :
                        Defendant.       :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2017

DENISE COTE, District Judge:

As set forth on the record on May 3, 2017 following a verdict of guilty as charged by a jury of the defendant, it is hereby

ORDERED that any Rule 33 motion by the defendant shall be due **May 31**; Government's opposition shall be due **June 16**.

IT IS FURTHER ORDERED that sentencing is scheduled for **August 11, 2017** at **10 a.m.**

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **July 28** and the Government's response shall be due **August 4**.  At the time the submissions are due, counsel shall provide a courtesy copy to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

Dated:    New York, New York
         May 4, 2017

                              _____
                                      DENISE COTE
                              United States District Judge