# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SOCIEDADE SABOEIRA de NACALA | : | Hon. Denise L. Cote, USDJ |
| Claimant | : | |
| vs. | : | Docket No.: **17 CR 0047 (DLC)** |
| | : | |
| The UNITED STATES of AMERICA, | : | **NOTICE OF** |
| | : | **MOTION TO STAY/VACATE** |
| Respondent | : | **FINAL ORDER OF FORFEITURE** |

---

TO:   CLERK OF THE COURT
      UNITED STATES ATTORNEY'S OFFICE, SDNY

PLEASE TAKE NOTICE, that Claimaint SOCIEDADE SABOEIRA de NACALA hereby files a claim to the real property, located at the address known as 771 Duell Road, Dutchess County, State of New York, forfeited by the Order of Forfeiture dated, September, 2017, under docket number 17 Cr 0047 (DLC); and moves for an Order of this Court, pursuant to 18 USC 853(n), *et seq*:

(a) Staying any and all action by the US Marshals Service in furtherance thereof;

(b) Vacating the Final Order of Forfeiture; and

(c) For such other and further relief as this Court deems just and proper.

Dated: February 26, 2018
       New York, NY

_____/s/_____
AARON M. GOLDSMITH, ESQ.
Attorney for Claimant
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
*aarongoldsmithlaw@gmail.com*