```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
UNITED STATES OF AMERICA,               :    17cr047 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
MAHMOUD THIAM,                          :
                       Defendant.       :
                                        :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 8-10-2018

DENISE COTE, District Judge:

As discussed at a conference on August 10, 2018, it is hereby

ORDERED that the petition filed by Sociedade Saboeira de Nacala pursuant to 18 U.S.C. § 853(n) shall be dismissed with prejudice in the event that petitioner's counsel does not represent to this Court in a letter filed by November 1, 2018, that his client (a) has communicated regularly and responsively with him in the period between today and November 1, and (b) is willing to participate fully and expeditiously in the discovery process associated with the petition.

IT IS FURTHER ORDERED that the parties shall submit status letters to the Court by November 1, 2018, which shall include their proposal for the scheduling of further proceedings in this matter in the event it is not dismissed for the petitioner's failure to prosecute.

Dated:  New York, New York
        August 10, 2018

                                    _____
                                           DENISE COTE
                                    United States District Judge