```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :      17cr47 (DLC)
                                     :
MAHMOUD THIAM,                       :         ORDER
                                     :
                  Defendant.         :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On April 16, 2020, defendant Mahmoud Thiam filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  It is hereby

ORDERED that the Government shall file its response to the motion by **April 21, 2020.**

Dated:     New York, New York
           April 17, 2020

                                         _____
                                                    DENISE COTE
                                         United States District Judge