**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

       Re: *United States* v. *Mahmoud Thiam*, 17 Cr. 47 (DLC)

Dear Judge Cote:

     The Government writes to correct an error in its Memorandum in Opposition to Thiam's motion pursuant to Section 3582(c) filed yesterday. The Government's Memorandum incorrectly stated that Thiam "has served well less than half of his sentence." (Gov't Mem. 22). That is not correct. As the Government correctly stated, Thiam's projected release date per the BOP is November 30, 2022, meaning that he has more than two-and-one-half years remaining on his sentence. (Gov't Mem. 3, 23). Thiam has been in custody since his arrest on December 13, 2016, a total of approximately three years and four months.

                      Very truly yours,

                      GEOFFREY S. BERMAN
                      United States Attorney

By:    //s//
       Elisha J. Kobre
       Christopher J. DiMase
       Assistant U. S. Attorneys
       (212) 637-2599/2433

       ROBERT ZINK
       Chief, Criminal Division, Fraud Section
       United States Department of Justice

By:    /s/
       Lorinda Laryea
       Assistant Chief
       Telephone: (202) 353-3439

cc: Jonathan Edelstein, Esq. (via ECF)