```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA,             :
                                       :
            -v-                        :           17cr47 (DLC)
                                       :
 MAHMOUD THIAM,                        :              ORDER
                                       :
                     Defendant.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On April 16, 2020, counsel for Mahmoud Thiam moved pursuant to 18 U.S.C. § 3582(c)(1)(A) for a reduction in Thiam's term of imprisonment. The request is denied.

Thiam was convicted at trial on May 3, 2017 of money laundering in connection with his receipt of roughly $8.5 million dollars in bribes from a Chinese conglomerate for the corrupt performance of his duties as the Minister of Mines and Geology for the Republic of Guinea. Varying from a Guidelines range of 151 to 188 months' imprisonment, the Court imposed a term of imprisonment of 84 months on August 25, 2017. Thiam, who is 53 years old, is scheduled to be released from prison on November 30, 2022. He is incarcerated in the Metropolitan Detention Center ("MDC").

On March 31, 2020, Thiam sent an email request to an employee at the MDC for an "immediate transfer to home confinement" pursuant to 18 U.S.C. § 3624(c)(2). That request

for home confinement remains pending.  There is no record that Thiam has ever made a request to the Bureau of Prisons for a reduction in his term of imprisonment pursuant to § 3582(c)(1)(A).

Section 3582(c)(1)(A) contains an administrative exhaustion requirement.  On April 21, the Government opposed Thiam's motion; it does not waive the exhaustion requirement.  Accordingly, it is hereby

ORDERED that the April 16, 2020 motion pursuant to § 3582(c)(1)(A) is denied.

SO ORDERED:

Dated:   New York, New York
         April 22, 2020

_____
DENISE COTE
United States District Judge