UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
 UNITED STATES OF AMERICA,           :
                                     :
                  -v-                :          17cr47 (DLC)
                                     :
 MAHMOUD THIAM,                      :              ORDER
                                     :
                     Defendant.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     On April 16, 2020, defendant Mahmoud Thiam filed an
emergency motion to modify or reduce his sentence pursuant to 18
U.S.C. § 3582(c)(1)(A).  The Government opposed Thiam's motion
on April 21.  An Order of April 22 denied the April 16
application and advised Thiam that he could renew his petition
after he exhausted his administrative remedies.  On May 2, Thiam
requested compassionate release from the warden of his facility,
this time pursuant to § 3582.  On June 2 Thiam renewed his
motion before this Court after the warden did not take action on
his petition for 30 days.  Accordingly, it is hereby

     ORDERED that the Government shall submit a supplement, if
any, to its April 21 submission by **June 10, 2020.**  If no
supplement is received from the Government, the Court will
consider the Government's April 21 submission when it addresses

Thiam's renewed application.

    SO ORDERED:

Dated:    New York, New York
           June 3, 2020

                                     DENISE COTE
                  United States District Judge