<div style="text-align:center">

**EDELSTEIN & GROSSMAN**
Attorney at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com
____

</div>

June 3, 2020

<u>**VIA ELECTRONIC CASE FILING**</u>
Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<div style="text-align:center">

<u>**Re: U.S. v. Mahmoud Thiam, Docket No. 17-CR-47 (DLC)**</u>

</div>

Your Honor:

     Yesterday, the undersigned filed a renewed motion for compassionate release on behalf of defendant Mahmoud Thiam (Doc. 190).  Since then, the undersigned has been advised, and has confirmed via AUSA Kobre, that Mr. Thiam is in quarantine at the MDC and is scheduled to be released to a halfway house on June 9.  Accordingly, defendant hereby withdraws his compassionate release motion without prejudice to reinstating it if he is not released as scheduled.

     The Court's consideration in this matter is appreciated.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Jonathan I. Edelstein

Jonathan Edelstein

</div>

Cc:    All Counsel (Via ECF)