```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
            -v-                        :     17cr47 (DLC)
                                       :
MAHMOUD THIAM,                         :     ORDER
                                       :
                       Defendant.      :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On June 2, 2020, defendant Mahmoud Thiam filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  On June 3, counsel for Thiam advised the Court that Thiam is scheduled to be released to a residential reentry center on June 9.  He requested that the June 2 motion be dismissed without prejudice.  Accordingly, it is hereby

ORDERED that the June 2 motion is dismissed without prejudice.

SO ORDERED:

Dated:    New York, New York
          June 4, 2020

_____
DENISE COTE
United States District Judge