# EDELSTEIN & GROSSMAN
Attorney at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

January 31, 2023

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Denied. [signature] Denise Cote 1/31/23*

### Re: U.S. v. Mahmoud Thiam, Docket No. 17-CR-47 (DLC)

Your Honor:

    I respectfully write to request permission for defendant Mahmoud Thiam to travel to the following countries for employment purposes: UAE, Qatar, Tanzania, Rwanda, Mozambique, Ghana, Ivory Coast, Senegal, and Benin. The proposed travel will begin approximately February 6, 2023 and would take three to four weeks. The government takes no position.

    Mr. Thiam has received an employment offer from Strom Technologies, a UK and Dubai-based company chartered in the UK. The UK Companies House page for Strom – the equivalent of a business entity listing in an American secretary of state's office – is https://find-and-update.company-information.service.gov.uk/company/11780180. Strom is the African agent for Vision-Box, a multinational company that manufactures and sells border security technology – more information about Vision-Box can be found at https://www.vision-box.com. Darren Munn, the CEO of Strom (Mr. Munn's status is reflected in the Companies House filings), has requested that Mr. Thiam be part of Strom's technical team during a series of upcoming meetings with border control officials in the above countries. Mr. Thiam's role will be to use his regional expertise and to arrange and introduce the meetings.

    Mr. Thiam does not intend to travel to Guinea and will not meet with, or introduce Strom to, any Guinean officials.

    Attached as Exhibits A through C hereto are (A) the invitation to Mr. Thiam from Darren Munn; (B) the Logistical Support Agreement executed by Mr. Munn on behalf of Strom (this agreement will also be executed by Mr. Thiam if permission to travel is granted); and (C) a letter from Vision-Box appointing Strom as agent (this letter relates specifically to Nigeria, but

1

Strom's activities have expanded to include the entire continent of Africa).

The undersigned has advised the government of Mr. Thiam's intent to make this application and has sent the government the same documentation and web site URLs attached to this letter. The government's response is as follows: "The government and the probation office take no position on this request, and will defer to the Court." A copy of the email in which the government made this response is annexed hereto as Exhibit D.

The Court's consideration in this matter is appreciated.

Respectfully submitted,

/s/ Jonathan I. Edelstein

Jonathan Edelstein

Cc:     All Counsel (Via ECF)