```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      17cr047 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
MAHMOUD THIAM,                           :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having filed a motion for the early termination of supervised release, it is hereby

ORDERED that the Government shall respond to the motion by **March 1, 2024.** In their response, the Government shall advise of Probation's position regarding this request.

Dated:   New York, New York
         February 9, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge