# EDELSTEIN & GROSSMAN

Attorney at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

———

April 12, 2024

**VIA ECF**
Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: The application is opposed by the Probation Department and the Government. It is denied. Denise Cote 4/16/24]*

**Re: U.S. v. Mahmoud Thiam, Docket No. 17-CR-47 (DLC)**

Your Honor:

    I respectfully write to request permission for defendant Mahmoud Thiam to engage in employment-related travel to Muscat, Oman from April 19-22, 2024, and to Beijing, China from April 22-26, 2024.

    This travel will be for the purpose of engaging in meetings regarding the construction of a natural gas pipeline and terminals in Oman. The government of Oman intends to construct a pipeline that will begin in Saudi Arabia and end at two terminals from which natural gas will be exported by ship. The Omani government has formed a task force to oversee this project, headed by Taimur A. Al Said, the governor of the central bank, and Abdul-Salam al-Murshidi, the president of the Omani Investment Authority (the sovereign wealth fund of Oman).

    Mr. Thiam, in conjunction with Isthmus Resources Pte (a Singapore-based port and shipping company), has been consulting with Mr. Al Said and Mr. al-Murshidi regarding this project for some time. His role has been to locate and introduce the Omani government to construction companies that can undertake the actual building of the pipeline and associated terminals. He and Isthmus have introduced the Omani task force heads to HTPIC and China Urban Rural Energy ("CURE"), both of which are Chinese corporations, and the initial discussions between the task force and HTPIC and CURE have been positive. Matters have now reached the stage where Mr. Al Said is ready to travel to Beijing and meet HTPIC and CURE's executives personally, and he has requested that Mr. Thiam first meet with him in Muscat and then travel with him to Beijing to facilitate the meeting. Additionally, HTPIC and CURE also wish to meet with Mr. Thiam independently regarding possible future employment using his regional expertise.

1