```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
UNITED STATES OF AMERICA,                :    17cr047 (DLC)
                                         :
        -v-                              :    ORDER
                                         :
MAHMOUD THIAM,                           :
                                         :
                Defendant.               :
---------------------------------------- X
```

DENISE COTE, District Judge:

In connection with his sentencing on August 25, 2017, defendant Mahmoud Thiam forfeited to the Government, among other things, a property located at 771 Duell Road, Stanfordvill, New York, 12581 ("Property"). The Property was sold to satisfy a delinquent real property tax lien on August 21, 2018, and the remaining sale proceeds were forwarded to the Government. On April 8, 2018, a petition was filed by Sociedade Saboeira de Nacala ("SSdN") claiming to have an interest in the Property. A conference was held on August 10, 2018 and a motion schedule was subsequently set to address the petition. On November 12, 2018, SSdN's counsel filed a letter informing the Court that their standing to litigate the claim to the Property appeared to be "mooted". On December 12, 2018, the Government filed a motion to dismiss the petition. The opposition to the motion was due January 7, 2019. No such opposition having been filed, it is hereby

ORDERED that the unopposed motion to dismiss the petition filed December 12, 2018 is granted and the petition for return of Property filed April 8, 2018 is denied.

Dated:    New York, New York
          October 8, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　         DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge